| | | |
|---|---|---|
| 220 MOUNT PLEASANT RD LLC<br>C/O SIDELL EINBINDER<br>1328 MOTOR PARKWAY<br>HAUPPAUGE, NY 11749 | Alexandra A. Sanpaolo<br>23 Shearwater Way<br>Centereach, NY 11720 | Alyysa Manago<br>5 Pickwick Lane<br>North Babylon, NY 11703 |
| 6TH PRECINCT COPS WHO CARE I<br>21 SAVANNA CIRCLE<br>MT. SINAI, NY 11766 | Alexandra Kurakoff<br>120 11th Street<br>West Babylon, NY 11704 | Amanda Cytowicz<br>3 Jesse Drive<br>Northport, NY 11768 |
| A & D MICROWAVE OVENS SERVICE C<br>216 EAST MEADOW AVE.<br>EAST MEADOW, NY 11554 | Alexis N. Fuentes<br>90 Woodroad Trail<br>Riverhead, NY 11901 | Amanda Elizabeth Seda<br>36 Dock Lane<br>Wantagh, NY 11793 |
| Abilio Jurado<br>410 Earle Street<br>Central Islip, NY 11722 | ALEXIS WEIK<br>RECEIVER OF TAXES<br>40 NASSAU AVE<br>ISLIP, NY 11751-3645 | Amanda J. Sharkey<br>1355 Roanoke Avenue<br>Riverhead, NY 11901 |
| ABT DESIGN & FIRE PROTECT<br>1724 CHURCH STREET<br>HOLBROOK, NY 11741 | Alisha Marie Lautsch<br>297 Townline Road<br>East Northport, NY 11731 | Amanda M. Anazalone<br>696 S. Broadway<br>Lindenhurst, NY 11757 |
| ACCURATE MECHANICAL WORKS, I<br>667 GRAND AVE.<br>LINDENHURST, NY 11757 | ALL ISLAND FIRE PROTECTIO<br>1180 MONTAUK HWAY<br>E PATCHOGUE, NY 11772 | Amber Catalano<br>168 N. Delaware Avenue<br>Lindenhurst, NY 11757 |
| ADVANCED AIR CONDITIONING<br>1158-C SUFFOLK AVE<br>BRENTWOOD, NY 11717 | Allyson Paduano<br>163 Malts Avenue<br>West Islip, NY 11795 | Amber L. Melgar<br>24 Ridge Lane<br>Levittown, NY 11756 |
| AIR PLUS LLC<br>PO BOX 244<br>DEER PARK, NY 11729 | ALTAMETRICS, INC<br>P.O. BOX 809123<br>CHICAGO, IL 60680-9123 | Amelia M. Montleon<br>3039 N. Ocean Avenue<br>Farmingville, NY 11738 |
| Alexa M. Kalfa<br>112 Spruce Drive<br>Holbrook, NY 11741 | Alyssa M. Tedesco<br>99 Williams Way S.<br>Baiting Hollow, NY 11933 | Amy Bieselin-Craparo<br>64 Sound Beach Blvd<br>Sound Beach, NY 11789 |
| ALEXANDER'S ANGELS, INC.<br>PO BOX 486<br>JERICHO, NY 11753 | Alyssa Noelle Marinelli<br>521 2nd Street<br>East Northport, NY 11731 | Ana A. Vilorio<br>143 Ostrander Ave<br>Riverhead, NY 11901 |

| | | |
|---|---|---|
| Anastacio Blanco<br>150 Washington Ave.<br>Mineola, NY 11501 | ANTHONY'S LAWN MAINTENANCE<br>155 CONNETQUOT AVE<br>EAST ISLIP, NY 11730 | B.K. BUILDING MAINTENANCE, I<br>PO BOX 2608<br>NORTH BABYLON, NY 11703 |
| Andrew J. Tripp<br>6 Selden Avenue<br>East Northport, NY 11731 | April B. Zimmerman<br>53 Pond Path<br>Lake Grove, NY 11755 | BLACKTOP UNLIMITED<br>SUITE 360<br>1936 HEMPSTEAD TURNPIKE<br>EAST MEADOW, NY 11554 |
| Andrew N. Warren<br>48 Grover Lane<br>East Northport, NY 11731 | ARAMARK<br>AUS SMALL BUSINESS LOCKBOX<br>PO BOX 22512 NETWORK PLACE<br>CHICAGO, IL 60673-1225 | BOX SOURCE<br>PO BOX 971<br>NESCONSET, NY 11767 |
| Andrew R. McCluskey<br>36 Donald Street<br>East Williston, NY 11596 | AREA CONSTRUCTION CO.<br>746 LONG ISLAND AVE<br>DEER PARK, NY 11728 | BRADY CESSPOOL SERVICE<br>846 JOHNSON AVENUE<br>RONKONKOMA, NY 11779 |
| Angelique N. Ortiz<br>13 Patricia Avenue<br>Deer Park, NY 11729 | Ashlyn J. Hyams<br>40 Brookhaven Drive<br>Rocky Point, NY 11778 | Brandon Commike<br>113 Elliot Avenue<br>Lake Grove, NY 11755 |
| Ann Marie Savona<br>260 Westend Avenue<br>Shirley, NY 11967 | Astor M. Smith<br>74 Matthews Avenue<br>West Babylon, NY 11704 | Briana Dunn<br>1 RICKY ROAD<br>MANORVILLE, NY 11949 |
| Anna Weiss<br>5 Flamingo Rd<br>Levittown, NY 11756 | AUTO-CHLOR SYSTEM<br>1530 OLD COUNTRY ROAD<br>PLAINVIEW, NY 11803 | Brittany L. Jozaitis<br>16 Carlson Lane<br>E. Northport, NY 11731 |
| Anna-Maria Lynn Carpenter<br>109 Northern Blvd.<br>Shirley, NY 11967 | AWNINGS & SIGNS BY JD & SONS<br>59 E. CARMANS RD<br>FARMINGDALE, NY 11735 | BROOK AVENUE PFA<br>45 BROOK AVENUE<br>BAYSHORE, NY 11706 |
| ANTHONY CHIUCHIOLO<br>155 CONNETQUOT AVE<br>EAST ISLIP, NY 11730 | B&L EQUIPMENT SERVICES, INC<br>PO BOX 376<br>CENTEREACH, NY 11720 | Bryant S. Glenn<br>73 Wilson Avenue<br>Medford, NY 11763 |
| Anthony Repetti<br>19 Meadow Avenue<br>Medford, NY 11763 | B.C. LAWN SERVICE CORP<br>2207 NEW BRIDGE ROAD<br>BELLMORE, NY 11710 | BUDD MORGAN CENTRAL STATION<br>P.O. BOX 878<br>BELLMORE, NY 11710 |

```
C&L ALUMINUM AND GLASS INC.      Carol Ann Schwarz              Catherine R. Bihun
509 GREENBELT PKWY               211 Ludlam Ave.                8 Swallow Lane
HOLTSVILLE, NY 11742             Riverhead, NY 11901            Levittown, NY 11756


C.H.A.D.D.                       Carole B. Pearlsall            Cathleen M. Hauswirth
PO BOX 414                       6 Sy Court                     357 Mollie Blvd
CENTEREACH, NY 11720             Lake Grove, NY 11735           Holbrook, NY 11741


CABLEVISION                      Caroline M. Squicciarini       CHARLES BERMAN (TAXES)
#07868-764035-01-7               24 Lindron Avenue              RECEIVER OF TAXES
P.O. BOX 371378                  Smithtown, NY 11787            200 PLANDOME ROAD
PITTSBURGH, PA 15250-7378                                       MANHASSET, NY 11030


CABLEVISION                      Casey Sheehan                  CHEROKEE ELEMENTARY SCHOOL
#07801-014717-01-8               254 Clinton Avenue             130 CHEROKEE STREET
P.O. BOX 9256                    E. Patchogue, NY 11772         RONKONKOMA, NY 11779
CHELSEA, MA 02150-9256


Caileigh H. DeLea                Cassandra M. Gutierrez         Cheryl Lynne Johnson
20 Kenilworth Drive              27 Foster Road                 337 Brookville Avenue
East Northport, NY 11731         Ronkonkoma, NY 11779           Islip, NY 11751


CAJ REALTY, LLC                  Cassandra Sanchez              Chris J. Dunbar
252 ROBBY LANE                   390 Abington Place             21 St. James Street
MANHASSET HILLS, NY 11040        East Meadow, NY 11554          Centereach, NY 11720


CALVARY LUTHERAN CHURCH          Cassandra Zangerle             Chris Mahler
860 TOWNLINE RD.                 148 Irving Avenue              7 Berkshire Rd
HAUPPAUGE, NY 11788              North Babylon, NY 11703        Holbrook, NY 11741


Carl Anthony                     Cassidy R. Faber               Christina Contorno
137-11 Frankton Street           23 Washington Blvd.            3679 Martin St
Jamaica, NY 11422                Smithtown, NY 11787            Levittown, NY 11756


Carl J. Kulak                    CATCH A CRITTER INC.           Christina M. Farella
16 Beech Street                  310 EDELWEISS ROAD             14 Nelson Rd
Islip, NY 11751                  WEST ISLIP, NY 11795           Valley Stream, NY 11581


Carol A. Crawford                Catherine M. Bermudez          Christina S. Denis
25 Saxon Ave                     528 Canary Place               2 Montauk Hwy
Bay Shore, NY 11706              N. Babylon, NY 11703           Medford, NY 11763
```

| | | |
|---|---|---|
| Christopher J. Hoey<br>18 East Street<br>Middle Island, NY 11953 | COMMUNITY HOUSING INNOVATION<br>190 EAST POST ROAD, SUITE 4<br>WHITE PLAINS, NY 10601 | Daniela Symone Felix<br>127 Putnam Ave<br>North Babylon, NY 11703 |
| Christopher Marziliano<br>315 South 16th Street<br>Linenhurst, NY 11757 | Concepcion Martinez<br>43 Acora Ave.<br>Central Islip, NY 11722 | Danielle A. Bancroft<br>9 Myrtle Lane<br>Patchogue, NY 11772 |
| Ciara J. Fuentes<br>90 Woodroad Trail<br>Riverhead, NY 11901 | COUNTY TREASURER<br>330 CENTER DRIVE<br>RIVERHEAD, NY 11901-3311 | Danielle B. Ribaudo<br>65 Nottingham Drive<br>Middle Island, NY 11953 |
| CLERK OF THE COURT<br>SECOND DISTRICT COURT<br>30 EAST HOFFMAN AVE.<br>LINDENHURST, NY 11757 | CTK CATHOLIC DAUGHTERS OF TH<br>9 DIELIEN COURT<br>COMMACK, NY 11725 | Danielle Lauren Claudio<br>22 Aspen Road<br>Kings Park, NY 11754 |
| COCA-COLA<br>PO BOX 102703<br>ATLANTA, GA 30368 | D&K LOCKSMITH<br>PO BOX 2621<br>RONKONKOMA, NY 11779 | Dante Lombardo<br>10 Dartmoor Drive<br>East Northport, NY 11731 |
| Colin Flederbach<br>15 McLane Drive<br>Dix Hills, NY 11746 | Daina Ayanna Hamilton-Peters<br>186 Jerusalem Avenue<br>Levittown, NY 11756 | Darby T. Stow<br>119 Dogwood Road<br>Mystic Beach, NY 11951 |
| Colleen Calamis<br>33 Long Bow Lane<br>Commack, NY 11725 | Dana R. Gallitelli<br>237 Carman Street<br>Patchogue, NY 11772 | Darlene Demetres<br>160 Walden Court<br>E. Moriches, NY 11940 |
| COMFORT COOLING SYSTEMS<br>1071 HICKSVILLE ROAD<br>SEAFORD, NY 11783 | Daniel Carl Estey<br>Back House<br>377 Lake Pointe Dr.<br>Patchogue, NY 11772 | David A. Shaw<br>145-69 221st Street<br>Springfield Gardens, NY 11413 |
| COMMACK INFERNO<br>12 JILL DR<br>COMMACK, NY 11725 | Daniel L. Lucas<br>15 First Ave<br>Huntington Station, NY 11746 | David Benjamin<br>711 Devonshire Rd<br>Hauppauge, NY 11788 |
| COMMACK SOCCER LEAGUE<br>35 PINELAWN RD<br>SUITE 109E<br>MELVILLE, NY 11747 | Daniel R. Kelly<br>7 Annetta Ave<br>Smithtown, NY 11787 | David E. Newcomb<br>8 Alden Lane<br>Centereach, NY 11720 |

```
David Lister                      DEVAR PATCHOGUE,LLC              Donna M. Lavalle
Po Box 857                        ATTN: LESTER YASSKY               50 Pitt Avenue
Riverhead, NY 11901               441 WEST END AVE                  Deer Park, NY 11729
                                  NY, NY 10024


David O. Flores-Hernandez         Diana B. Morgan                   Doris M. Fehrenbach
8 Robin Lane                      66 Glenmore                       15 Smith Street
Brentwood, NY 11717               Hempstead, NY 11550               Lake Grove, NY 11755


Dean Covais                       Diane Devitt                      Dorothea R. Magro
37 Balsam Drive                   6 Chester St                      28 Dovecote Lane
Medford, NY 11763                 East Northport, NY 11731          Commack, NY 11725


DEANNA VARRICCHIO                 Dillon T. Harrison                Dunia Ilvea Rubi
99 WEST MAIN STREET               37 Weichers Avenue                975 Roanoke Ave
P.O. BOX 708                      Ronkokoma, NY 11779               Riverhead, NY 11901
SMITHTOWN, NY 11787


Debra Flynn                       Dimitrios Ioanni Vartholomeos     Dylan John Young
128 East 13th St                  15 Peppermint Rd                  5 Freeman Court
Huntington Station, NY 11746      Commack, NY 11725                 Commack, NY 11725


DEER PARK ASSOCIATES, LLC         DIRECT CAPITAL CORPORATION        EAGLE SERVICE
ATTN: SEYMOUR PIENKNY             155 COMMERCE WAY                  PO BOX 771
PO BOX 595                        PORTSMOUTH, NH 03801              FREEPORT, NY 11520
BABYLON, NY 11702


DEER PARK ASSOCIATES, LLC         Dominic J. Malpiedi               ECOLAB FOOD SAFETY SPECIALTI
PO BOX 595 - ATTN: SEYMOUR PIEN   2615 Great Neck Rd                24198 NETWORK PLACE
BABYLON, NY 11702                 Copiague, NY 11726                CHICAGO, IL 60673-1241


DELI DESIGN, INC.                 Dominick Gerard Mainella          ECOLAB FOOD SAFETY SPECIALTIES
5 BETHPAGE ROAD                   21 Franciscan Lane                24198 NETWORK PLACE
COPIAGUE, NY 11726                Smithtown, NY 11787               CHICAGO, IL 60673-1241


Denis A. Reyes                    DONALD X. CLAVIN JR.              ECOLAB INC
16 Clarke Street                  RECEIVER OF TAXES                 P.O. BOX 905327
Brentwood, NY 11717               200 N FRANKLIN STREET             CHARLOTTE, NC 28290
                                  HEMPSTEAD, NY 11550


Denis Rivas                       Donna Louise Robitaille           Edna L. Carpenter
197 Wright St                     21 Holiday Park Drive             15 Lakeside Drive
Westbury, NY 11590-3533           Centereach, NY 11720              Middle Island, NY 11763
```

| | | |
|---|---|---|
| Eileen Sullivan<br>58 Mohawk Drive<br>N Babylon, NY 11703 | Emilia Jurado<br>21 Somerville Street<br>Brentwood, NY 11717 | Faye A. Mednick<br>50 Brilner Drive<br>Smithtown, NY 11787 |
| Elba Garcia Ventura<br>35A Pine Aire Dr<br>Bay Shore, NY 11706 | Emily M. Hoey<br>108 Wilson Place<br>Bellmore, NY 11710 | Florence Kogut<br>2 Periwinkle Drive<br>Bohemia, NY 11716 |
| Elizabeth Bonilla<br>279 Maple Ave<br>Smithtown, NY 11787 | Emily R. Green<br>137 Edgar Avenue<br>Riverhead, NY 11901 | Florence Pignatelli<br>175 Park Avenue<br>Deer Park, NY 11729 |
| Elizabeth Montleon<br>3039 N. Ocean Avenue<br>Farmingville, NY 11738 | Emma P. Schwenk-Aytun<br>142 Tyler Ave<br>Miller Place, NY 11764 | Florinda Rodriquez DeSantos<br>254 Walker Avenue<br>E. Patchogue, NY 11772 |
| Elizabeth R. Kelly<br>7 Annetta Avenue<br>Smithtown, NY 11787 | Enrique Gutierrez Osorto<br>400 Cliff St<br>Central Islip, NY 11722 | Francia A. De Mora<br>612 Station Road<br>Bellport, NY 11713 |
| Elizabeth S. Lautsch<br>297 Townline Road<br>E. Northport, NY 11731 | Erica Spinillo<br>11 Dolly Drive<br>Commack, NY 11725 | Francisca Quinteros<br>35 Musket Dr<br>Shirley, NY 11967 |
| Elizabeth Velez<br>7 Kenneth Avenue<br>Bellmore, NY 11710 | Erika M. Gardner<br>29 Cather Ave<br>Dix Hills, NY 11746 | Frank J. DeConick<br>103 Westchester Avenue<br>W. Babylon, NY 11704 |
| Ellen Mary Kavanaugh<br>P.O. Box 104<br>Aquebogue, NY 11931 | ESTER BIVONA<br>RECEIVER OF TAXES<br>100 MAIN ST<br>HUNTINGTON, NY 11743-6990 | FRANKLIN HOSPITAL MEDICAL CE<br>P.O. BOX 415963<br>BOSTON, MA 02241-5963 |
| Ellen Mary Kavanaugh<br>78 Woods Rd<br>North Babylon, NY 11703 | Ethan M. Ottaviano<br>25 Ellington Drive<br>East Northport, NY 11731 | FRIENDLY BRONX HUB, LLC<br>374 MCLEAN AVE<br>YONKERS, NY 10705 |
| Emibel J. Santamaria-Casado<br>90-11 209th Street<br>Queens Village, NY 11428 | Fabian John Samaniego<br>14 Enchanted Forest Road<br>Kings Park, NY 11754 | FRIENDLY ICE CREAM CORP.<br>P.O. BOX 40000-0701<br>HARTFORD, CT 06151-0701 |

FRIENDLY'S
PO BOX 842648
BOSTON, MA 02284-2648

Gregory P. Bustamante
31 S. Howell Ave
Centereach, NY 11720

HELP HOPE LIVE
2 RADNOR CORP. CTR.
100 MATSONFORD RD. STE 100
RADNOR, PA 19087

FRIENDLY'S CORP.
P.O. BOX 40000-0701
HARTFORD, CT 06151-0701

HARLINGTON REALTY CO. LLC
156A EAST 83RD STREET
NEW YORK, NY 10028

HOODZ OF CENTRAL LONG ISLAND
1019 FORT SALONGA RD, SUITE
NORTHPORT, NY 11768

FRIENDLY'S ICE CREAM LLC
1855 Boston Road
Wilbraham, MA 01095

HARVARD EQUIPMENT GROUP
218 MAIN ST. #140
EAST SETAUKET, NY 11733-2851

HOODZ OF CENTRAL LONG ISLAND
1019 FORT SALONGA RD, SUITE 10
NORTHPORT, NY 11768

Gabiella I. Cruz
86-11 250th Street
Bellrose, NY 11426

HAUPPAUGE SOCCER LEAGUE
30 CROCUS LANE
COMMACK, NY 11725

HUNTINGTON ALARM CORP
856-1 JOHNSON AVE
RONKONKOMA, NY 11779

GE CAPITAL FRANCHISE FINANCE
8377 E. HARTFORD DR
SUITE 200
SCOTTSDALE, AZ 85255

HAUPPAUGE SPARKS
10 THOMAS DRIVE
HAUPPAUGE, NY 11788

HUNTINGTON HOSPITAL
PO BOX 350
PLAINVIEW, NY 11803

GEORGE WORTHINGTON
476 BROOKHAVEN AVE
FLANDERS, NY 11901

HAUPPAUGE VARSITY KICKLINE
500 LINCOLN BLVD
HAUPPAUGE, NY 11788

HUOT ENTERPRISES, INC.
P.O. BOX 282
CHICOPEE, MA 01014-0282

Geovanny R. Cortez
150 Washington Avenue
Mineola, NY 11501

HEATHER SMITH
21 GRACE LANE
SOUTH SETAUKET, NY 11720

HYDRO ENVIRONMENTAL CONTRACT
77 ARKAY DRIVE, SUITE G
HAUPPAUGE, NY 11788

Giovanna Guna
21 Hawley Avenue
West Islip, NY 11795

Heather Smith
21 Grace Lane
S. Setauket, NY 11720

Ian Fitzgerald
1 Surrey Lane
Bellmore, NY 11710

GOLD SHIELD ALARM
PO BOX 970
NESCONSET, NY 11767-0970

Heather Turetsky
4 Maria Court
N. Massapequa, NY 11758

Ian M. Hallam
10 Albatross Lane
Smithtown, NY 11787

GRANITE TELECOMMUNICATIONS
#02617161
PO BOX 983119
BOSTON, MA 02298-3119

HECTOR D. LOPEZ
499 HEMPSTEAD TURNPIKE
WEST HEMPSTEAD, NY 11552

ICE CUBE INC DBA - APPLE ICE
171 E. INDUSTRY COURT
DEER PARK, NY 11729

| | | |
|---|---|---|
| IMPERIAL BAG & PAPER CO. LLC<br>59 HOOK ROAD<br>BAYONNE, NJ 07002 | Jacquelyn A. Kaiser<br>12 Garfield Place<br>Massapequa, NY 11758 | JASMINE GRANT<br>5 WILLOWBROOK AVENUE<br>BAYSHORE, NY 11706 |
| INC. VILLAGE OF MINEOLA<br>#09313 13650<br>155 WASHINGTON AVENUE<br>MINEOLA, NY 11501-0069 | Jamel Milledge<br>190 Landscape Drive<br>Wheatly Heights, NY 11798 | Jason A. Fuentes<br>677 Lowell Street<br>Westbury, NY 11590 |
| INTERNAL REVENUE SERVICES<br>CLINTON AVE & N PEARL ST<br>ALBANY, NY 12207 | JAMES J. STEFANICH<br>RECEIVER OF TAXES<br>74 AUDREY AVE<br>OYSTER BAY, NY 11771-1539 | JB ALARMS OF LONG ISLAND<br>PO BOX 6130<br>NORTH BABYLON, NY 11703 |
| Iris Sosa<br>254 Walker Avenue<br>Patchogue, NY 11772 | James N. Megna<br>23 Gemuni Lane<br>Nesconset, NY 11767 | Jean Ousso Wany<br>219 Beverly Rd<br>Hempstead, NY 11550 |
| Isaiah Gehrke<br>108 8th Ave<br>East Northport, NY 11731 | Jamie Fitch<br>1072 Propp Avenue<br>Franklin Square, NY 11010 | Jeffrey D. Louisjeune<br>20 Horace Avenue<br>Roosevelt, NY 11575 |
| ISLAND MEDICAL PHYS PC<br>PO BOX 402529<br>ATLANTA, GA 30384-2529 | Jamie Worthman<br>108Wood Avenue<br>Mastic, NY 11950 | Jennifef L. Williams<br>3 Leonard Lane<br>Centereach, NY 11720 |
| ISLAND PRO CARPET & UPHOLSTERY<br>SUITE 12<br>1930 VETERANS MEMORIAL HIGHWA<br>ISLANDIA, NY 11749 | Janee Law<br>133 Wright Ave<br>Deer Park, NY 11729 | Jennifer L. Gunther<br>22 Ketay Drive North<br>East Northport, NY 11731 |
| J&E PLUMBING 7 HEATING OF LO<br>121 DIVISION AVENUE<br>MASSAPEQUA, NY 11758 | Janine V. Jensen<br>331 50th Street<br>Lindenhurst, NY 11757 | Jennifer N. Constantine<br>312 West 19th Street<br>Deer Park, NY 11729 |
| Jaclyn Perrone<br>28 Beaumont Lane<br>Lake Grove, NY 11755 | JARVIS ELECTRICAL CONTRCT<br>P.O. BOX 205<br>OAKDALE, NY 11769 | Jennifer Scevoli<br>108A Coates Avenue N.<br>Holbrook, NY 11741 |
| Jacqueline R. Riley<br>16 Meadowbrook Drive<br>Sound Beach, NY 11789 | Jasmin R. Thrace<br>226 Lenox Street<br>Port Jefferson, NY 11776 | Jessica L. Quaresimo<br>290 Eastwood Blvd.<br>Centereach, NY 11720 |

| | | |
|---|---|---|
| Jessica M. Termini<br>36 Judith Court<br>Wantagh, NY 11793 | JME FIRE SPRINKLER CORP.<br>18 INDUSTRIAL BLVD<br>MEDFORD, NY 11763 | Joseph Lapadula<br>313 Edelweiss Road<br>West Islip, NY 11795 |
| Jessica M. Young<br>5 Freeman Court<br>Commack, NY 11725 | Joel R. Tiburcio<br>127 Hewlett Avenue<br>Merrick, NY 11566 | JOSEPH N. QUINTO<br>14 SHELLEY DRIVE<br>MASSAPEQUA, NY 11758-8525 |
| JESSICA MAGEE<br>29 SALTAIRE ROAD<br>SOUND BEACH, NY 11789 | John Robinson<br>1418 Varro Circle<br>Bellport, NY 11713 | Joseph P. Medina<br>40 Siracusa Blvd.<br>Smithtown, NY 11787 |
| Jessica R. Castaneda<br>120 Hamilton Dr<br>Roslyn, NY 11576 | JOHN T. MATHER MEMORIAL HOSP<br>PO BOX 512581<br>PHILADELPHIA, PA 19175 | Joseph Richard Peters<br>22 Griddle Lane<br>Levittown, NY 11756 |
| Jessica Raniolo<br>1059 Oaks Drive<br>Franklin Square, NY 11010 | JONATHAN PEMBERTON<br>7 COLLIER AVENUE<br>ELMONT, NY 11003 | Joseph Viviano<br>152 Rockaway Pkwy<br>Valley Stream, NY 11580 |
| Jessica S. Rosen<br>613 Roanoke Avenue<br>Riverhead, NY 11901 | Jorge Troncos<br>34 Dartmouth St<br>Valley Stream, NY 11581 | Joslyn Urena<br>3841 Miller Place<br>Levittown, NY 11756 |
| Jessnilda Rivera<br>1788 5th Avenue<br>Bay Shore, NY 11706 | Jose Alsides Maldonado<br>160 Suffolk Avenue<br>Brentwood, NY 11717 | JPS ELECTRIC CO., INC.<br>115 HENRY STREET<br>FREEPORT, NY 11520 |
| Jillian R. DellaRocca<br>16 Parnell Drive<br>Smithtown, NY 11787 | Jose N. Jurado<br>105 Connecticut Ave<br>Bay Shore, NY 11706 | Juan Francisco Diaz<br>23 Fairtown Rd<br>Bay Shore, NY 11706 |
| Jillian R. Morofsky<br>465 A Edgewood Ave<br>St James, NY 11780 | Jose R. Sandoval,<br>218 School Street<br>Westbury, NY 11590 | Juan Saravia<br>113 Glenmore Ave<br>Central Islip, NY 11722 |
| Jimmy Bullard<br>565 Brookhaven Ave.<br>Bellport, NY 11713 | Jose R. Umanzor<br>P. O. Box 1935<br>Riverhead, NY 11901 | Judith A. Martin<br>30 Spectacle Lake Dr<br>Nesconset, NY 11767 |

| | | |
|---|---|---|
| Julian Garofalo<br>2475 Horace Court<br>Bellmore, NY 11710 | Katelyn E. Kahlke<br>23 Seneca Trail<br>Ridge, NY 11961 | Kevin N. Sollenne<br>23 Glacier Drive<br>Smithtown, NY 11787 |
| Justin Blumenthal<br>23 Cherokee Street<br>Massapequa, NY 11758 | Katelyn P. Devinney<br>1 Jan Place<br>East Northport, NY 11731 | Kevin W. DelValle<br>86 Indian Head Road<br>Kings Park, NY 11754 |
| Justin M. Roseman<br>2 Park Court<br>Smithtown, NY 11787 | Kathleen Lynn Desimone<br>210 Bellerose Avenue<br>East Northport, NY 11731 | Kiara N. Brown<br>116 East Street<br>Flanders, NY 11901 |
| Justin R. Falquecee<br>20 Donna Lane<br>Commack, NY 11725 | Kathleen Muller<br>22 Soundview Dr<br>Fort Salonga, NY 11768 | Kimberly A. Dobson<br>149-7S 253ST<br>Rosedale, NY 11422 |
| K.RICHARDSON INC.<br>3 NASON PLACE<br>DIX HILLS, NY 11746 | Kelliann Riordan<br>123 E. 4th Street<br>Deer Park, NY 11729 | Kimberly M. Ackerfeld<br>22 Aspen Road<br>Kings Park, NY 11754 |
| Kacey A. Pandaleon<br>17 Whispering Woods Drive<br>Smithtown, NY 11787 | Kelly Anne Russ<br>1 Fawn Pl<br>Smithtown, NY 11787 | KOEPPEL MARTONE & LEISTMAN, LLP<br>155 FIRST STREET<br>P.O. BOX 863<br>MINEOLA, NY 11501-0863 |
| KAITLYN IBANEZ<br>20 ELIZABETH COURT<br>SAYVILLE, NY 11782 | Kelly J. McDonough<br>281 Collingten Drive<br>Ronkonkoma, NY 11779 | Korayma S. Vega<br>240 Franklin Avenue<br>Malverne, NY 11565 |
| Karen A. Newell<br>7 Sunset Dr.<br>Centereach, NY 11720 | Kellyann Callahan<br>1796 Aaron Avenue<br>East Meadow, NY 11554 | KRISTEN N. PASHKOFF<br>120 N. MANHATTAN AVENUE<br>MASSAPEQUA, NY 11758 |
| Karen B. Sagastizado<br>801 Oliver Avenue<br>Westbury, NY 11590 | Kelsey O'Brien<br>4 Gregory Avenue<br>East Northport, NY 11731 | Kristin Masotto<br>221 Lower Sheep Pasture<br>E. Setaket, NY 11733 |
| Karl T. Hlawaty,<br>43 Furrow Lane<br>Levittown, NY 11756 | Kenji Moss<br>30 Canterbury Lane<br>North Babylon, NY 11703 | Kyle M. Acker<br>61 Park Drive<br>Rocky Point, NY 11778 |

| | | |
|---|---|---|
| Larissa K. Barnes<br>87 Summit Drive<br>Smithtown, NY 11787 | LIPA<br>#0647-4000-98-8<br>PO BOX 9039<br>HICKSVILLE, NY 11802-9039 | M & J LAWN SPRINKLER<br>175 STAHLEY STREET<br>BRENTWOOD, NY 11717 |
| Laura A. Marzano<br>406 Wellwood Drive<br>Shirley, NY 11967 | Lisa Muller<br>24 Harvard Lane<br>Commack, NY 11725 | M. J. M. INC<br>20 WILLOWOOD LANE<br>CORAM, NY 11727 |
| Laura M. Cohen<br>35 Easthill Drive<br>Smithtown, NY 11787 | Lisa Schiavone<br>79 Vermont Avenue<br>West Babylon, NY 11704 | Manica Nawaz<br>1591 N. Thompson Drive<br>Bay Shore, NY 11706 |
| LAUREL SODA & BAR SYSTEMS<br>751-11 KOEHLER AVE<br>RONKONKOMA, NY 11779 | LONGWOOD REALTY CORP<br>B.O.A. ACCT# 002231221320<br>PO BOX 31900<br>TAMPA, FL 33631 | Margaret J. Finne<br>358 Randall Road<br>Ridge, NY 11961 |
| Lauren M. Ackerfeld<br>22 Aspen Road<br>Kings Park, NY 11754 | Lorraine Baptista<br>100 Cherry Road<br>Rocky Point, NY 11778 | Mariah E. Carrasquillo<br>63 Jamaica Avenue<br>Holtsville, NY 11747 |
| LAURIE A. ZANESKI<br>RECIEVER OF TAXES-TOWN OF R<br>200 HOWELL AVE<br>RIVERHEAD, NY 11901 | Lorraine Schmidt<br>138 Deer Lake Drive<br>North Babylon, NY 11703 | Marianne Senkus<br>667 Peconic Ave<br>West Babylon, NY 11704 |
| Lea Kim<br>187 The Helm<br>East Islip, NY 11730 | Louis Lopilato<br>42 Horton Street<br>West Islip, NY 11795 | Maribel Sanchez<br>9706-25 Avenue<br>Elmhurst, NY 11369 |
| LeeAnne M. Appio<br>120 Northern Parkway<br>Riverhead, NY 11901 | Luis A. Urdiales<br>P. O. Box 746<br>Patchogue, NY 11772 | Marilyn A. Rodriquez<br>500 Rowlinson Drive<br>Shirley, NY 11967 |
| LINDENHURST LITTLE LEAGUE CH<br>1033 NORTH MONROE AVE<br>LINDENHURST, NY 11757 | LUND FIRE PRODUCTS, INC.<br>40-33 215TH PLACE<br>BAYSIDE, NY 11361 | Martha L. Tedeschi<br>1214 Saxon Avenue<br>Bay Shore, NY 11706 |
| Lindsay Jean-Pierre<br>206 -27 Whitehall Terrace<br>Queens Village, NY 11427 | Luz I. Ventura-De-Fuentas<br>965 Washington Avenue<br>Westbury, NY 11590 | Marx L. Duran<br>1355 Roanoke Avenue<br>Riverhead, NY 11901 |

| | | |
|---|---|---|
| Mary D. Seibert<br>222-28 Edmore Ave<br>Queens Village, NY 11428 | Melissa M. Powell<br>3304 Press Avenue<br>Flanders, NY 11901 | Michelle Entwistle<br>78 Center Avenue<br>Bayshore, NY 11706 |
| Marybeth Dillion<br>92 Henry St<br>North Babylon, NY 11703 | MEPHAM DRAMA CLUB<br>2401 CAMP AVE<br>NORTH BELLMORE, NY 11710 | Michelle Lanzafame<br>779 Third Ave<br>Franklin Square, NY 11010 |
| MASSAPEQUA WATER DISTRICT<br>84 GRAND AVENUE<br>MASSAPEQUA, NY 11758-4990 | Michael D. Gormley<br>67 Split Cedar Drive<br>Islandia, NY 11749 | Michelle Marie Newcomb<br>8 Alden Lane<br>Centereach, NY 11720 |
| Matthew J. Salvatti<br>44 Crestwood Lane<br>Farmingville, NY 11738 | Michael J. Hahlbohm<br>37 Hyde Lane<br>Coram, NY 11727 | Michelle Mione<br>6 Laura Drive<br>Centereach, NY 11720 |
| Matthew Joseph White<br>17 Maple St<br>Blue Point, NY 11715 | Michael Marino<br>22 Summerset Drive<br>Smithtown, NY 11787 | MICROS SYSTEMS INC.<br>PO BOX 44471<br>SAN FRANCISCO, CA 94144-4471 |
| Matthew Robert Helf<br>8 Avon Place<br>Bay Shore, NY 11706 | Michael P. Inzerillo<br>59 Bowman Lane<br>Kings Park, NY 11754 | Miguel A. Lopez<br>395 Mazzini Avenue<br>Copaigue, NY 11726 |
| Maureen Smith<br>465 Town Harbor Lane<br>Southold, NY 11971 | Michael V. Thorne<br>99 S. Clinton Ave<br>Bay Shore, NY 11706 | MOUNT PLEASANT PTA<br>MOUNT PLEASANT SCHOOL<br>33 PLAISTED AVE<br>SMITHTOWN, NY 11787 |
| Megan Pennino<br>3658 Maxwell Drive<br>Wantagh, NY 11793 | Michele D. Hottenroth<br>3 Ursuler Court<br>Smithtown, NY 11787 | MS. SIDELL ENBINDER<br>ENBINDER DEVELOPMENT<br>1328 MOTOR PARKWAY<br>HAUPPAGUE, NY 11749 |
| Megan R. Tepley<br>602 Oak Neck Road<br>West Islip, NY 11795 | Michele Trillo<br>333 Brookville Ave<br>Islip, NY 11751 | MT. PLEASANT ELEMENTARY SCHO<br>42 BRIAROOT DR<br>SMITHTOWN, NY 11787 |
| Melissa Ann Montagnese<br>194 Ketay Drive South<br>East Northport, NY 11731 | Michelle C. Galligan<br>14 Nottignham Ct S<br>Nesconset, NY 11767 | MUZAK-NORTHEAST<br>PO BOX 71070<br>CHARLOTTE, NC 28272-1070 |

```
N.C.P.D.                        NATIONAL GRID                   NORTH SHORE LIJ MEDICAL PC
COMMUNICATIONS BUREAU           #93345-70007                    PO BOX 5051
1490 FRANKLIN AVE               PO BOX 11791                    NEW YORK, NY 10087-5051
MINEOLA, NY 11501               NEWARK, NJ 07101


Najee A. Anderson               NEW YORK LOCK & SECURITY, INC.  NORTH SHORE MONTESSORI SCHOO
171-88 119th  Avenue            1047 PARK BLVD                  218 CHRISTIAN AVENUE
Jamaica, NY 11434               MASSAPEQUA PARK, NY 11762       STONY BROOK, NY 11790


NANCY E. ALVAREZ                NEW YORK STATE DEPT OF TAXATION NORTHPORT YOUTH FOOTBALL
434 11TH STREET                 WA HARRIMAN CAMPUS              6 GLENMARK LANE
WEST BABYLON, NY 11704          ALBANY, NY 12227                EAST NORTHPORT, NY 11731


Nancy M. Rodriquez              Nicholas Barbato                Nunez-Hernandez, Rosa M.
111 South 31st  Street          2621 Sipp Avenue                212 North Ocean Avenue
Wyandanch, NY 11798             Medford, NY 11763               Freeport, NY 11520


NASSAU COUNTY TREASURER         Nicholas Benavides              NYS DEPARTMENT OF ENVIRONMEN
1 WEST STREET                   1144 East Third Avenue          CHURCH STREET STATION
MINEOLA, NY 11501               Bayshore, NY 11706              PO BOX 3782
                                                                NEW YORK, NY 10008-3782


NATIONAL GRID                   Nicholas J. Mayorga             NYS FILING FEE
#06705-56000                    2700 Corner Lane                STATE PROCESSING CENTER
PO BOX 11791                    Bellmore, NY 11710              PO BOX 15150
NEWARK, NJ 7101                                                 ALBANY, NY 12212-5150


NATIONAL GRID                   Nicholas S. Marotta             Olenka Sotero
#66688-38002                    306 Lagoon Drive                2465 Nassau Street
PO BOX 11791                    Copaigue, NY 11726              Bellmore, NY 11710
NEWARK, NJ 07101


NATIONAL GRID                   Nicole C. Kellermann            OLYMPIC FURNTIURE INC.
#05789-71007                    209 N. Maple Street             28 SYCAMORE AVENUE
PO BOX 11791                    Massapequa, NY 11758            FARMINGVILLE, NY 11738
NEWARK, NJ 07101


NATIONAL GRID                   Nilma A. Perez                  Omar S. Saad
#05801-74009                    3841 Miller Place               142 S. Howell Avenue
PO BOX 11791                    Levittown, NY 11756             Centereach, NY 11720
NEWARK, NJ 07101


NATIONAL GRID                   Noemis Vasquez                  ORACLE AMERICA INC
#19371-79006                    21 Somerville St                PO BOX 44471
PO BOX 11791                    Brentwood, NY 11717             SAN FRANCISCO, CA 94144-4471
NEWARK, NJ 07101
```

```
Osborn Farrell                  PMA EAST NORTHPORT REALTY, LLC   PSEGLI
152 Macon St                    ATTN: MATTHEW CLASSI             #0294-9000-76-0
Brooklyn, NY 11216              60 CUTTER MILL ROAD              PO BOX 888
                                GREAT NECK, NY 11021             HICKSVILLE, NY 11802


Oscar Acebo                     PMA MINEOLA REALTY, LLC          PSEGLI
417 N. Howell Avenue            ATTN: MATTHEW CLASSI             #0318-3000-35-9
Riverhead, NY 11901             60 CUTTER MILL ROAD              PO BOX 888
                                GREAT NECK, NY 11021             HICKSVILLE, NY 11802


Paula Cohen                     PREMIER CARE OF WEST ISLIP       Quincy Rudolph
34 Sheldon Place                1345 RXR PLAZA                   21 Maplewood Drive
Commack, NY 11725               UNIONDALE, NY 11556-1400         Westbury, NY 11590


PC MEDICAL OF BELLMORE          PRIDE IN ATHLETICS               Ramon Gonzalez
2459 MERRICK RD                 4 RAPHAEL BLVD.                  1 Lee Avenue
BELLMORE, NY 11710-5703         NESCONSET, NY 11767              Brentwood, NY 11717


Pedro A. Alfaro                 PSEGLI                           Raquel Cabrera
45 Brightside Avenue            #0026-6000-28-0                  110 Rogres Avenue
Central Islip, NY 11722         PO BOX 888                       Westhampton Beach, NY 11978
                                HICKSVILLE, NY 11802


Pernell P. Moore                PSEGLI                           Raymond W. Bertram
171-39 119th Avenue             #0597-4000-97-7                  2 Namleps Lane
St. Albans, NY 11434            PO BOX 888                       Deer Park, NY 11729
                                HICKSVILLE, NY 11802


Philcox, Jodi                   PSEGLI                           Rebecca L. Conway
276 Old Farm Rd                 #0047-0001-14-0                  504 South 2nd Street
Riverhead, NY 11901             PO BOX 888                       Lindenhurst, NY 11757
                                HICKSVILLE, NY 11802


Philip Sannitti                 PSEGLI                           RECEIVER OF TAXES
27 Califon Road                 #0197-0001-38-2                  #3004435000
Long Valley, NJ 07853           PO BOX 888                       200 HOWELL AVENUE
                                HICKSVILLE, NY 11802             RIVERHEAD, NY 11901-2596


Phillip E. Virgile              PSEGLI                           RECOGNITION PRODUCTS
8 King Road                     #0256-4000-29-3                  P.O. BOX 1980
Kings Park, NY 11754            PO BOX 888                       LEBANON, CT 06249
                                HICKSVILLE, NY 11802


PINECREST LUTHERAN LEADERSHI    PSEGLI                           REGENCY SIGN COMPANY, INC.
175 BIRCHWOOD ROAD              #0576-7003-92-3                  172 E. INDUSTRY COURT
MEDFORD, NY 11763               PO BOX 888                       DEER PARK, NY 11729
                                HICKSVILLE, NY 11802
```

| | | |
|---|---|---|
| Regina White<br>14 Daywood Court<br>East Northport, NY 11731 | Robert F. Costante<br>317 N. Richmond Avenue<br>North Massapequa, NY 11758 | Rosa H. Velasquez-Alfaro<br>555 Lowell Ave<br>Central Islip, NY 11722 |
| Reina Bocchichio<br>80 Malts Ave<br>West Islip, NY 11795 | Robert J. Dillon<br>17 Pickwick Lane<br>North Babylon, NY 11703 | Rosalvo A. Flores<br>908 Spur Drive South<br>BayShore, NY 11706 |
| RELAY FOR LIFE AT SMITHTOWN<br>100 CENTRAL ROAD<br>SMITHTOWN, NY 11787 | Robert McClure<br>64 Station Road<br>Bellport, NY 11713 | Roswitha Lendino<br>3 Castle Dr<br>E. Patchogue, NY 11772 |
| RESCUE CESSPOOL AND DRAIN, L<br>7 MUNSELL ROAD<br>MEDFORD, NY 11763 | Roberto Quinteros<br>35 Musket Dr<br>Shirley, NY 11967 | Rukiah Tahang<br>197 Block Blvd<br>Massapequa Park, NY 11762 |
| RESCUE CESSPOOL AND DRAIN, LLC.<br>7 MUNSELL ROAD<br>MEDFORD, NY 11763 | ROD'S TV, APPLIANCE & HVAC<br>391 RIVERLEIGH AVE<br>RIVERHEAD, NY 11901 | Ryan Navarro<br>136 Eaton Lane<br>West Islip, NY 11795 |
| Richard E. Shannon<br>91 Stratford Avenue<br>Williston Park, NY 11596 | Roger Spahn<br>9 Ashlon Lane<br>Commack, NY 11725 | Sabrina Leslie Olshwitz<br>239-03 Braddock Avenue<br>Bellerose, NY 11426 |
| RICHARD SECURITY INC.<br>36 SOUTH MALL<br>PLAINVIEW, NY 11803 | ROLLING HILLS PTA<br>25 MC CULLOCH DR.<br>DIX HILLS, NY 11746 | SAF-T-KLEEN<br>P.O. BOX 566<br>CENTER MORICHES, NY 11934 |
| RIVERHEAD POLICE DEPT.<br>210 HOWELL AVE.<br>RIVERHEAD, NY 11901 | Ronald Bocchichio<br>80 Malts Avenue<br>Wes Islip, NY 11795 | Sage S. Modzel<br>24 Gauldon Drive<br>N. Babylon, NY 11703 |
| ROBERT B. HOLZMAN LAND SURVE<br>SUITE 3<br>1029 WILLIAM FLOYD PKWY<br>SHIRLEY, NY 11967 | Rosa E. Fuentes<br>385 Clift Street<br>Central Islip, NY 11722 | Samantha Cuccio<br>5 Rustic Avenue<br>Medford, NY 11763 |
| Robert C. Mack<br>36 Low Lane<br>Levittown, NY 11756 | Rosa F. Saunders<br>453 Lockwood Drive<br>Shirley, NY 11967 | Samantha L. Doxey<br>19 Lenore Place<br>Smithtown, NY 11787 |

```
Samuel Medina                SERVICE LAMP CORP.           SIDELL ENBINDER
209 Studley                  P. O. BOX 249                ENBINDER DEVELOPMENT
Brentwood, NY 11717          MARLTON, NJ 08053            1328 MOTOR PARKWAY
                                                          HAUPPAGUE, NY 11749


Samuel T. Bojkovic           SERVICE MASTERS INC.         SIGNARAMA DEER PARK
160 Village Drive            401 HEMPSTEAD AVE.           1807-A DEER PARK AVENUE
Hauppauge, NY 11788          WEST HEMPSTEAD, NY 11552     DEER PARK, NY 11729


Santiwattie Lela             SETAUKET PARENT PLAYSCHOOL   Siobhan Stellato
320 Cliff Avenue             160 MAIN ST.                 88 Lexington Street
Central Islip, NY 11722      SETAUKET, NY 11733           Westbury, NY 11590


Santos Vasquez-Amaya         Seth Gabay                   SISSELMAN MEDICAL GR
410 Earle St                 1317 Pospect Avenue          100 VETERANS BLVD, SUITE 2
Central Islip, NY 11722      East Meadow, NY 11554        MASSAPEQUA, NY 11758


Sarah L. Frisiha             Shanice Mulraine             SMITHTOWN HIGH SCHOOL WEST
85 Meadow Glen Road          255 N. Third Avenue          100 CENTRAL ROAD
Northport, NY 11768          Bay Shore, NY 11706          SMITHTOWN, NY 11787


SB EMERGENCY PHYSICIANS      Sharon R. Fiorenza           Sonia R. Consalvo
PO BOX 36301                 9 Shipman Ave                47 33 210 Street
NEWARK, NJ 07188             North Babylon, NY 11703      Bayside, NY 11361


SB RADIOLOGY                 SHAWN STEENECK               Sophia E. Koukoulis
PO BOX 36317                 168 WALNUT STREET            2394 Henry Street
NEWARK, NJ 07188             MASSAPEQUA PARK, NY 11762    Bellmore, NY 11710


Scott T. Shannon             Sheila I. Ramos              SOUTH BAY MAINTENANCE, LTD
184 Meadow Sweet Road        260 Montauk Hwy.             398 FOREST ROAD WEST
Mineola, NY 11501            E. Moriches, NY 11940        MASTIC BEACH, NY 11951


SCWA                         SHOES FOR CREWS INC          SOUTH NASSAU COMMUNITY HOSPI
#3000249519                  P.O. BOX 504634              P.O. BOX 5922
P.O. BOX 3147                ST. LOUIS, MO 63150-4634     HICKSVILLE, NY 11802
HICKSVILLE, NY 11802-3147


SECURITY CONCEPTS SYSTEMS    Sibgha Malik                 ST. DAVIDS SCHOOL
P.O. BOX 302                 996 N. Fletcher Avenue       ATTN: LAURA JEAN SULZINSKI
PLAINVIEW, NY 11803          Valley Stream, NY 11580      573 ROANOKE AVE
                                                          RIVERHEAD, NY 11901
```

| | | |
|---|---|---|
| ST. JOSEPH HOSPITAL<br>PO BOX 512226<br>PHILADELPHIA, PA 19175 | STEVEN SILLER TUNNEL TO TOWE<br>2361 HYLAN BLVD.<br>STATEN ISLAND, NY 10306 | Suzanne H. Veres<br>864 Surrey Drive<br>East Meadow, NY 11554 |
| STAR POTENTIAL<br>27 EAST MERRICK ROAD<br>UPPER LEVEL<br>VALLEY STREAM, NY 11580 | STONY BROOK OPHTHALMOLOGY<br>P.O. BOX 36309<br>NEWARK, NJ 07188-6309 | Sydney Austin<br>7 Cotton Tail Court<br>Smithtown, NY 11787 |
| STATE STREET BANK AS CUSTODIAN<br>1200 CROWN COLONY DRIVE - ATTN:<br>QUINCY, MA 02169 | STONY BROOK UNIVERSITY HOSPI<br>PO BOX 29306<br>NEW YORK, NY 10087-9306 | TAD EXTERMINATING COMPANY<br>7 RAILROAD ST<br>GREENLAWN, NY 11740 |
| Stephanie Lanzafame<br>779 3rd Avenue<br>Franklin Square, NY 11010 | SUFFOLK COUNTY GIRL SCOUTS #<br>442 MORELAND RD.<br>COMMACK, NY 11725 | Tammy Clarizio<br>166 Mohawk Avenue<br>Deer Park, NY 11729 |
| Stephanie Nicole Viviano<br>152 Rockaway Pkwy<br>Valley Stream, NY 11580 | SUFFOLK COUNTY SEWER DISTRIC<br>335 YAPHANK AVE<br>#4184230001<br>YAPHANK, NY 11980-9608 | Tawnee N. Kline<br>748 Peconic Avenue<br>W. Babylon, NY 11704 |
| Stephen Bidermann<br>2292 Sycamore Place<br>Merrick, NY 11566 | SUFFOLK COUNTY TREASURER<br>330 CENTER DRIVE<br>RIVERHEAD, NY 11901 | Teresa F. Joy<br>60 Crystal Rock Court<br>Middle Island, NY 11953 |
| Stephen Joseph Smeja<br>Apt #12<br>Patchogue, NY 11772 | SUPREME SANI SERVICE<br>4420 DOUGLASTON PKWY #7E<br>DOUGLASTON, NY 11363 | Teressa Braun<br>9 Harrison Street<br>Rocky Point, NY 11778 |
| STEVEN BIDERMAN<br>2292 SYCAMORE PLACE<br>MERRICK, NY 11566 | Susan Eckhoff<br>26 Plover Lane<br>Hicksville, NY 11801 | THE COMMISSIONER OF HEALTH S<br>SUFFOLK COUNTY DEPT. OF HEA<br>360 YAPHANK AVE, SUITE 2A<br>YAPHANK, NY 11980 |
| Steven Brandon Pastrana<br>11 Pashen Place<br>Dix Hills, NY 11746 | Susan Riordan<br>123 E. 4th Street<br>Deer Park, NY 11729 | THE LITTLE RED WAGON PLUMBING A<br>1078 CALLAHAN ST.<br>BAYSHORE, NY 11706 |
| Steven R. Dolce<br>21 Millbrook Drive<br>Stony Brook, NY 11790 | Suzanne Flanga<br>533 Hawkins Road<br>Medford, NY 11784 | THE SELLIS GROUP OF RIVERHEAD<br>43-20 ASTORIA BLVD.<br>ASTORIA, NY 11033 |

| | | |
|---|---|---|
| THE TOWN OF HUNTINGTON<br>100 MAIN STREET<br>HUNTINGTON, NY 11743-6991 | Tom Bernard English<br>75 Hoeffner<br>Elmont, NY 11003 | TOWN OF SMITHTOWN (7629 WASTE)<br>PO BOX 9066<br>TAXMAP: 89-132.-3-3.3/4<br>HICKSVILLE, NY 11802-9066 |
| Theresa Gabriele<br>581 Bellmore Street<br>West Islip, NY 11795 | Toni-Ann Hazineh<br>555 Ocean Ave<br>Oakdale, NY 11769 | TOWN OF SMITHTOWN - DEPT. OF<br>65 MAPLE AVENUE<br>SMITHTOWN, NY 11787 |
| Thomas E. Kieran Jr.<br>2579 Midvale Avenue<br>East Meadow, NY 11554 | TOWN OF BABYLON<br>281 PHELPS LANE  ROOM 19<br>ACCT# 005606<br>NORTH BABYLON, NY 11703-4045 | TOWN OF SMITHTOWN GENERAL FU<br>PO BOX 9066<br>TAXMAP: 89-90.-2-5.2<br>HICKSVILLE, NY 11802-9066 |
| Thomas J. Dowling<br>334 Livingston Avenue<br>Babylon, NY 11702 | TOWN OF BABYLON (7627 WASTE)<br>281 PHELPS LANE  ROOM 19<br>ACCT# 005606<br>NORTH BABYLON, NY 11703-4045 | Tracy Lynn Diaz<br>7 Rodney Ave<br>Islip Terrace, NY 11752 |
| Thomas L. Carbone<br>57Gristmill Road<br>Kings Park, NY 11754 | TOWN OF BABYLON FIRE PREVENT<br>999 NORTH INDIANA AVE.<br>LINDENHURST, NY 11757-2199 | Travis F. Castro<br>33 Seaver Lane<br>Smithtown, NY 11787 |
| Thomas Pearce<br>25 Elizabeth Street<br>Farmingdale, NY 11793 | TOWN OF HEMPSTEAD<br>1 WASHINGTON STREET<br>HEMPSTEAD, NY 11550-4923 | TRI-STATE CARBONATION<br>PO BOX 333<br>THOMPSONVILLE, NY 12784 |
| Tiffany Seibert<br>222-28 Edmore Avenue<br>Queens Village, NY 11428 | TOWN OF ISLIP<br>24 NASSAU AVENUE<br>ISLIP, NY 11751 | TRIMARK UNITED EAST<br>PO BOX 3505<br>S. ATTLEBORO, MA 02703-0057 |
| Timothy K. Vaughan<br>2 Namleps Lane<br>Deer Park, NY 11729 | TOWN OF OYSTER BAY<br>74 AUDREY AVE<br>OYSTER BAY, NY 11771 | TRIPLE STITCH SPORTSWEAR<br>115 WATERBURY ROAD<br>P.O. BOX 7036<br>PROSPECT, CT 06712 |
| Todd Miller<br>4 Brookview Court<br>Stony Brook, NY 11790 | TOWN OF SMITHTOWN<br>99 WEST MAIN STREET<br>P.O. BOX 9090<br>SMITHTOWN, NY 11787 | TYCO INTERGRATED SECURITY<br>PO BOX 371994<br>PITTSBURGH, PA 15250-7994 |
| TODD RUTT<br>425 ECHO AVE.<br>SOUND BEACH, NY 11789 | TOWN OF SMITHTOWN (7622 WASTE)<br>PO BOX 9066<br>TAXMAP: 89-90.-2-5.2<br>HICKSVILLE, NY 11802-9066 | Tyler Miller Austin<br>7 Cotton Tail Ct<br>Smithtown, NY 11787 |

```
UNITED HOOD CLEANING              Wade Mulvhill                     WORLD CLASS BUSINESS PRODUCTS
140-82 BURDEN CRES                116-21 240 St.                    48-49 35TH STREET
JAMAICA, NY 11435                 Elmont, NY 11003                  LONG ISLAND CITY, NY 11101


VERIZON                           WANTAGH MEMORIAL CONGREGATIO      Y&A HVAC GROUP
P.O. BOX 15124                    1845 WANTAGH AVE.                 35 KNICKERBOCKER AVE
#631 499 7909 069 27 5            WANTAGH, NY 11793                 PATERSON, NJ 7503
ALBANY, NY 12212-5124


VERIZON                           WAWNC                             YULIYA GRITSYUK
P.O. BOX 15124                    #9590047301                       135-30 GRNAD CENTRAL PARKWA
#516 783 9208 282 27 6            PO BOX 22012                      APT 119
ALBANY, NY 12212-5124             FLORAL PARK, NY 11002-2012        BRIARWOOD, NY 11435


VIA TECH                          WELLS FARGO EQUIPMENT FINANC      Zonia Elizabeth Morales
1440 FIFTH AVE                    MANUFACTURER SERVICES GROUP       109 Rider Ave.
BAYSHORE, NY 11706                P.O. BOX 7777                     Patchogue, NY 11772
                                  SAN FRANCISCO, CA 94120-7777


Vianca A. Valentin                WESTBURY WATER DISTRICT
1 Justin Drive                    #31360
Medford, NY 11763                 160 DREXEL AVE
                                  WESTBURY, NY 11590-3037


Victor W. Velez Hidalgo           William Artale
7 Kenneth Ave                     208 Sweezy Avenue
N. Bellmore, NY 11710             Riverhead, NY 11901


Victoria Kavitt                   William F. Shannon III
492 Milligan Lane                 184 Meadow Sweet Road
West Islip, NY 11795              Mineola, NY 11571


VILLAGE PRESBYTERIAN PRE-SCH      WILLOW WOOD ASSOCIATES
175 EAST MAIN STREET              SUITE 200
SMITHTOWN, NY 11787               500 OLD COUNTRY ROAD
                                  GARDEN CITY, NY 11530


Vladimir Rodriquez                WILLOW WOOD ASSOCIATES LP
1050 Harrison Avenue              SUITE 200
Riverhead, NY 11901               500 OLD COUNTRY ROAD
                                  GARDEN CITY, NY 11530


VPPS                              WILLOW WOOD ASSOCIATES LP
175 EAST MAIN STREET              500 OLD COUNTRY ROAD - SUITE 20
SMITHTOWN, NY 11787               GARDEN CITY, NY 11530
```

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### WHITE PLAINS DIVISION

IN RE:   J & B Restaurant Partners of Long Island II, LLC        CASE NO

CHAPTER   11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____   Signature _____
*Joseph Vitrano*
*President*

Date _____   Signature _____