**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| J & B PARTNERS MANAGEMENT LLC, *et al.*,[1] | ) | Case No. 15-22017 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS, AND**
**DISCLAIMER REGARDING J & B PARTNERS MANAGEMENT LLC, ET AL.,**
**SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

J & B Partners Management LLC, *et al.*, (the "Debtors") submit their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SoFAs") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors, with the assistance of their advisors, prepared the Schedules and SoFAs in accordance with section 521 title 11 of the United States Code, 11 U.S.C. sections 101-1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methods, and Disclaimer Regarding the Debtors' Schedules and SoFAs (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SoFAs. These Global Notes should be referred to, and reviewed in connection with any review of the Schedules and SoFAs.[2]

The Schedules and SoFAs have been prepared by the Debtors' management and are unaudited and subject to further review and potential adjustment and amendment. In preparing the Schedules and SoFAs, management relied on financial data derived from the Debtors' books and records that were available at the time of preparation. Management has made reasonable efforts to ensure the accuracy and completeness of such financial information, however, subsequent information or discovery of other relevant facts may result in material changes to the Schedules and SoFAs and inadvertent errors, omissions, or inaccuracies may exist. The Debtors'

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, include: J & B Restaurant Partners of Long Island Holding Co., LLC (8712); J & B Restaurant Partners of NYDMA, LLC (7161); J & B Restaurant Partners of Massapequa Park, LLC (5849); J & B Restaurant Partners of Middle Island, LLC (4746); J & B Restaurant Partners of Shirley, LLC (3799); J & B Restaurant Partners of Long Island, LLC (8717); J & B Restaurant Partners of Long Island II, LLC (9901); J & B Real Estate Partners of Long Island, LLC (4550); J & B Real Estate Partners of Long Island II, LLC (9904); J & B Restaurant Partners of NJ, LLC (4102). The location of the Debtors' corporate headquarters and the Debtors' service address is: 4000 Veterans Memorial Hwy, 1st Floor, Bohemia, New York, 11716.

[2] These Global Notes are in addition to any specific notes contained in the Debtors' Schedules or SoFAs. The fact that the Debtors have prepared a "general note" with respect to any of the Schedules and SoFAs and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to any of the Debtors' other Schedules and SoFAs, as appropriate.

books and records have not been audited or formally closed and evaluated for proper cut-off on the Petition Date. The financial statements of the Debtors were not audited in 2013.  The Debtors reserve all rights to amend or supplement their Schedules and SoFAs.

**Reservation of Rights.**  The Debtors reserve all rights to amend the Schedules and SoFAs in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and SoFAs as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Furthermore, nothing contained in the Schedules and SoFAs shall constitute a waiver of rights by the Debtors involving any present or future causes of action, contested matters or other issues under the provisions of chapter 11 of title 11 of the United States Code or other applicable non-bankruptcy laws.

**Description of the Case and "As Is" Information Date.**  On January 6, 2015 (the "Petition Date"), the Debtors filed  voluntary petitions for relief with the Bankruptcy Court under Chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Debtors filed bankruptcy one week after the beginning of the Debtors' fiscal year, December 29, 2014.  The books were closed on December 28, 2014 with certain adjustments for material, identifiable transactions that occurred between December 29, 2014 and the Petition Date.  Asset and liability information reflect net book value as of the Petition Date unless otherwise noted.

**Basis of Presentation.**  It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests. Accordingly, unless otherwise indicated, the Schedules and SoFAs reflect net book values, rather than current market values, of the Debtors' assets and may not reflect the net realizable value.  To the extent net book value is a negative number, the Debtors list the value as zero.

The Schedules and SoFAs do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtors.

Although these Schedules and SoFAs may, at times, incorporate information prepared in accordance with GAAP, the Schedules and SoFAs neither purport to represent nor reconcile to financial statements which may be prepared and/or distributed by the Debtors in accordance with GAAP or otherwise.  Moreover, given, among other things, the valuation and nature of certain liabilities, to the extent that the Debtors show more assets than liabilities, this is not a conclusion that the Debtors were solvent at the Petition Date.  Likewise, to the extent that the Debtors show more liabilities than assets, this is not a conclusion that the Debtors were insolvent at the Petition Date or any time prior to the Petition Date.

**Estimates.**  To timely close the books and records of the Debtors, management must make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtors reserve all rights to amend the reported

amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

**Confidentiality**.  Due to concerns of confidentiality or the privacy of an individual, the Debtors may have deemed it appropriate and necessary to avoid listing such names, addresses, and amounts.  Any information omitted on the basis of confidentiality relates to the Debtors' employees and related payroll information.

**Intercompany Claims.**  Receivables and payables among and between the Debtors and between the Debtors and affiliated non-debtors (each an "Intercompany Receivable" or "Intercompany Payable" and, collectively, the "Intercompany Claims") are reported as assets on Schedule B or liabilities on Schedule F.  Intercompany claims include 1) accounts payable and payroll disbursements made out of a Debtor's bank account on behalf of other Debtors or affiliated non-debtors, 2) centrally billed expenses, 3) corporate expense allocations to Debtors and/or affiliated non-debtors and 4) loans to affiliated non-debtors.

These Intercompany Claims may or may not result in allowed or enforceable claims by or against the Debtors, and by listing these claims the Debtors are not indicating a conclusion that the Intercompany Claims are enforceable.  Intercompany Claims may also be subject to set off, recoupment, and netting not reflected in the Schedules.  In situations where there is not an enforceable claim, the assets and/or liabilities of the Debtors may be greater or lesser than the amounts stated herein.  All rights to amend Intercompany Claims in the Schedules and SoFAs are reserved.

The Debtors have listed the intercompany payables as unsecured claims on Schedule F. The Debtors reserve their rights to later change the characterization, classification, categorization, or designation of such items.

**Insiders.**  For purposes of the Schedules and SoFAs, the Debtors define "insider" pursuant to Section 101(31) as (a) directors, (b) officers, (c) relatives of directors or officers of the Debtors, (d) any managing agent or managing member of the Debtors and (e) entities under common ownership with the Debtors.  Payments to insiders listed in (a) through (e) above are set forth on Question 3.c. of the SoFAs.

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to whether such individual could successfully argue that he or she is not an "insider" under applicable law, including without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Excluded Accruals and Other Liabilities.**  Not all liabilities recorded on the Debtors' balance sheets would result in a claim against the Debtors.  Certain liabilities (including but not limited to deferred liabilities and future contractual obligations) have not been included in the Debtors' Schedules.   Other immaterial assets and liabilities may also have been excluded.

**Classification and Claim Descriptions**. Any failure to designate a claim on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules as

3

to amount, liability or classification or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Listing a claim (i) in Schedule D as "secured," (ii) in Schedule E as "priority" or (iii) in Schedule F as "unsecured nonpriority," or listing a contract in Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

**Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights respecting such credits, allowances or other adjustments.

**Paid Claims.** Pursuant to certain first-day orders approved by the Court, the Debtors were authorized to pay various outstanding prepetition claims, such as certain employee wages and benefit claims, and related tax claims. If the Debtors had any such claims on the Petition Date that have been subsequently paid pursuant to Court order, such claims have not been listed on the Schedules. The Debtors reserve the right to amend these Schedules and SoFAs for any claims paid subsequent to their filing.

**Friendly's.** As a franchisee, the Debtors are parties to multiple contracts and transactions with Friendly's Ice Cream, LLC and related entities. References to "Friendly's" include all entities related to Friendly's in its different roles and relationships with the Debtors, including as franchisor, vendor and landlord.

**Specific Notes.** These general notes are in addition to the specific notes set forth in the following sections and in the related Schedules and SoFAs hereinafter.

### Note to Schedule B

Unless otherwise noted, all of the amounts listed on Schedule B represent the value of the Debtors' assets as reflected in the Debtors' books and records (net of depreciation or amortization where applicable, unless such amount is a negative value, then the value is listed as zero). The Debtors have performed no independent review of the value of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in the Debtors' books and records.

B-16: There are no amounts owed directly by customers as the Debtors do not extend credit to their customers. Customers pay with cash or credit cards. Cash is deposited in the Debtors' bank accounts on the day it is received. Funds from credit cards processed are available to the Debtors in two to three days, resulting in deposits in transit of approximately two to three days of sales at any given time.

B-23: The Friendly's name and logo, among other intellectual property, are used under license from Friendly's.

4

## Note to Schedule E

**Taxes.** Schedule E contains the Debtors' best estimate of all of the potential priority claims against the Debtors' estates held by governmental and quasi-governmental entities. The Debtors have not determined whether, and to what extent, any of the creditors identified on Schedule E in fact are entitled to priority under Section 507 of the Bankruptcy Code. The Debtors reserve the right to assert that claims identified on Schedule E are not claims of governmental entities and/or that such claims are not entitled to priority. On January 21, 2015 the Court entered an Order[3] which authorized, *inter alia*, the Debtors to pay certain pre-petition taxes, permits and licenses. Claims may have been listed on Schedule E and subsequently paid post-petition.

**Accrued Wages and Employee Benefits.** On January 9, 2015, the Court entered an Order[4] which authorized, *inter alia*, the Debtors to pay prepetition wages owed to employees in accordance with the statutory limit provided under 11 U.S.C. § 507(a)(4) and 507(a)(5). Such Order also authorized the Debtors to honor their existing prepetition obligations for vacation pay, paid time off and other benefits to its employees. The Debtors have paid all claims for wages post-petition and therefore such claims have not been listed on the Schedules. To the best of their knowledge, the Debtors have paid all pre-petition obligations for employee benefit plans.

## Notes to Schedule F

**Friendly's.** As noted above, the Debtors are parties to different types of transactions with Friendly's. The unliquidated claim on Schedule F includes liquidated amounts due Friendly's for pre-petition rent and property taxes in its capacity as landlord and liquidated amounts due Friendly's for deliveries of food and supplies, gift card settlements and other miscellaneous items. Liquidated amounts paid to Friendly's post-petition under the Order[5] authorizing payment of section 503(b)(9) and PACA claims are not included on Schedule F. In addition, the Debtors are parties to certain licensing and related contracts with Friendly's. The Debtors have included unliquidated amounts which may be owed under these various agreements as "contingent," "unliquidated" and "disputed." Under the proposed Plan of Reorganization, Friendly's will receive an Allowed Unsecured Claim in the amount of $4,502,784.77, which shall receive no distributions under the Plan. Certain claims included on Schedule F are included in the proposed Allowed Unsecured Claim.

---

[3] Final Order Granting Debtors' Motion for Entry of an Order Authorizing the Debtors to Pay Certain Prepetition Taxes (Doc. No. 57), entered January 21, 2015.

[4] Order Granting Debtors' Motion for Entry of an Order Authorizing the Payment of Prepetition (A) Wages, Salaries, And Other Compensation, (B) Reimbursable Employee Expenses, And Employee Medical And Similar Benefits (Doc. No. 28), entered January 9, 2015.

[5] Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims (A) Arising Under the Perishable Agricultural Commodities Act, (B) Arising Under Section 503(B)(9) of the Bankruptcy Code and (II) Granting Certain Related Relief (Doc. No. 54), entered January 21, 2015.

## Note to Schedule G

## Executory Contracts and Unexpired Leases

While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. The contracts, agreements and leases listed on Schedule G may not have taken effect or be binding on any party and may have expired or been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein.

The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedule, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Certain executory agreements may not have been memorialized in writing and could be subject to dispute.

Certain of the real property leases and contracts listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G.

The Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements. Such agreements, if any, are not set forth in Schedule G.

The Debtors may be parties to various other agreements including marketing programs at the local store level. Such agreements, if any, are not set forth in Schedule G. The Debtors believe the potential rejection damages or cure amounts relating to any such agreements to be *de minimis*.

## Notes to SoFA 15

The Debtors have listed the prior address of the Debtors as their response to SoFA 15. The Debtors operate their restaurants at multiple locations, some of which have closed in the three years prior to the Petition Date. These locations are not listed in response to SoFA 15.

## General Disclaimer

The Debtors have prepared the Schedules and the SoFAs based on the information reflected in the Debtors' books and records. However, inasmuch as the Debtors' books and records have not been audited or formally closed and evaluated for proper cut-off on the Petition Date, the Debtors cannot warrant the absolute accuracy of these documents. The Debtors have made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtors will amend and supplement the Schedules and SoFAs.

**United States Bankruptcy Court**
**Southern District of New York**

In re **J & B Restaurant Partners of Long Island II, LLC**                    ,    Case No.    **15-22009 (RDD)**

                                                                 Debtor                  Chapter            **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A -  Real Property | Yes | 1 | $0.00 | | |
| B -  Personal Property | Yes | 16 | $10,168,359.73 | | |
| C -  Property Claimed as Exempt | No | 0 | | | |
| D -  Creditors Holding Secured Claims | Yes | 1 | | $16,003,465.93 | |
| E -  Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $0.00 | |
| F -  Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $669,390.87 | |
| G -  Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H -  Codebtors | Yes | 3 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| Total Assets | | | $10,168,359.73 | | |
| Total Liabilities | | | | $16,672,856.80 | |

In re   **J & B Restaurant Partners of Long Island II, LLC** _____ ,   Case No.   **15-22009 (RDD)**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | | Total > | $0.00 |

**0** continuation sheets attached

(Report also on Summary of Schedules)

In re   **J & B Restaurant Partners of Long Island II, LLC**                    ,  Case No.   **15-22009 (RDD)**

Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on Hand | | Cash in stores | | $5,814.68 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Depository Operating Account XXXX-1300 | | $29,760.43 |
| | | HSBC Depository Operating Account XXXX-4180 | | $119,180.79 |
| | | HSBC Dormant Payroll Account XXXX-3922 | | Undetermined |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Deposits | | $5,446.91 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529 (b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521 (c). | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

**2** continuation sheets attached

In re    **J & B Restaurant Partners of Long Island II, LLC**    , Case No.    **15-22009 (RDD)**

Debtor

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | | Due From Friendly's | | $227,501.26 |
| | | | Due From J & B Real Estate Partners of Long Island II LLC | | $5,544,585.04 |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. | Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. | Licenses, franchises, and other general intangibles. Give particulars. | | Friendly's License Agreement dated August 4, 2014, as may have been amended | | Undetermined |
| | | | The Friendly's name and logo, among other intellectual property, are used under license from Friendly's | | Undetermined |
| 24. | Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. | Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. | Boats, motors, and accessories. | X | | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Personal Property

In re   __J & B Restaurant Partners of Long Island II, LLC_____ ,   Case No.   __15-22009 (RDD)__

                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | See Attachment B29 | | $141,606.24 |
| 30.  Inventory. | | Inventory-Food | | $112,527.82 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | See Attachment B35 | | $3,981,936.56 |

Sheet _2_ of _2_ continuation sheets attached to
Schedule of Personal Property

Total >          **$10,168,359.73**

(Report also on Summary of Schedules)

## J & B Restaurant Partners of Long Island II, LLC
## SCHEDULES OF ASSETS AND LIABILITIES
## ATTACHMENT B29

### (B29) Machinery, Fixtures, Equipment and Supplies Used in Business

| | | | DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| **DESCRIPTION AND LOCATION OF PROPERTY** | | | |
| Description | Quantity | Location | |
| **Total Equipment Net of Depreciation** | | | $141,606.24 |
| | | | |
| 1 Door Freezer | 1 | 522 E. Main Street | |
| 1 Door Refrigeration | 0 | Patchogue NY 11772 | |
| 2 Door Frendz - Holding Freezer | 1 | | |
| 2 Door Pre Pack Refrigeration ( Retail Cabinet) | 1 | | |
| 3 Compartment Sink | 1 | | |
| 3 Spindle Mixer | 1 | | |
| 5Ft. Grill | 1 | | |
| 4Ft Stainless Table | 1 | | |
| 6 Hole Ice Cream Cabinet | 1 | | |
| 6 Head Soda Machine | 1 | | |
| 12 Hole Ice Cream Cabinet | 1 | | |
| Bathroom Fixtures | 2 | | |
| Booster Chair | 4 | | |
| Booths - Tables | 19 | | |
| Cash Drawers | 4 | | |
| Chairs | 2 | | |
| Chandeliers ( Hanging Light Fixtures ) | 9 | | |
| Coffee Machine | 1 | | |
| Dry Storage Shelving | 1 | | |
| Each Fountain 7 Panel Menu Board | 1 | | |
| Gas Fryers | 2 | | |
| Friendz Mixer | 1 | | |
| Hand Sink | 3 | | |
| Highchairs | 6 | | |
| Hobart Dish Machine- Stainless Work Table | 0 | | |
| Ice Machine | 1 | | |
| Microwave | 3 | | |
| Milk Machine | 1 | | |
| Prep Sink | 1 | | |
| Safe ( Office ) | 1 | | |
| Salad Units | 2 | | |
| Soda Rack ( Holds Bag Box ) | 1 | | |
| Soup Warmers | 1 | | |
| Stainless Prep Table | 1 | | |
| Table Top Steam Table - ( Ban Marie Hold Sauces ) | 1 | | |
| Under Cabinet -Refrigeration Drawers | 1 | | |
| Waffle Iron | 1 | | |
| Walk In Freezer - w Shelving | 1 | | |
| Walk In Refrigerator- w Shelving | 1 | | |

**J & B Restaurant Partners of Long Island II, LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

|  |  |  | DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| **DESCRIPTION AND LOCATION OF PROPERTY** | | | |
| **Description** | **Quantity** | **Location** | |
| 1 Door Freezer | 1 | 1192 Deer Park Avenue | |
| 3 Ft. Grill | 1 | North Babylon NY 11703 | |
| 2 Door Frendz - Holding Freezer | 1 | | |
| 3 Door Pre Pack Refrigeration ( Retail Cabinet) | 1 | | |
| 3 Compartment Sink | 1 | | |
| 3 Spindle Mixer | 1 | | |
| 4" Grill | 1 | | |
| 4Ft Stainless Table | 1 | | |
| 6 Hole Ice Cream Cabinet | 1 | | |
| 6 Head Soda Machine | 1 | | |
| 12 Hole Ice Cream Cabinet | 1 | | |
| Bathroom Fixtures | 2 | | |
| Booster Chair | 4 | | |
| Booths - Tables | 28 | | |
| Cash Drawers | 4 | | |
| Chairs | 12 | | |
| Chandeliers ( Hanging Light Fixtures ) | 32 | | |
| Coffee Machine | 1 | | |
| Dry Storage Shelving | 1 | | |
| Each Fountain 7 Panel Menu Board | 1 | | |
| Electric Fryers | 2 | | |
| Friendz Mixer | 1 | | |
| Hand Sink | 3 | | |
| Highchairs | 6 | | |
| Hobart Dish Machine- Stainless Work Table | 0 | | |
| Ice Machine | 1 | | |
| Microwave | 2 | | |
| Milk Machine | 1 | | |
| Prep Sink | 1 | | |
| Safe ( Office ) | 1 | | |
| Salad Units | 2 | | |
| Soda Rack ( Holds Bag Box ) | 1 | | |
| Soup Warmers | 2 | | |
| Stainless Prep Table | 1 | | |
| Table Top Steam Table - ( Ban Marie Hold Sauces ) | 1 | | |
| Under Cabinet -Refrigeration Drawers | 1 | | |
| Waffle Iron | 1 | | |
| Walk In Freezer - w Shelving | 1 | | |
| Walk In Refrigerator- w Shelving | 1 | | |

**J & B Restaurant Partners of Long Island II, LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

|  |  |  | DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| **DESCRIPTION AND LOCATION OF PROPERTY** | | | |
| **Description** | **Quantity** | **Location** | |
| Bathroom Fixtures | 2 | 2151 Jericho Turnpike | |
| Soda Rack ( Holds Bag Box ) | 1 | Commack NY 11725 | |
| Chandeliers ( Hanging Light Fixtures ) | 18 | | |
| Dry Storage Shelving | 1 | | |
| Safe ( Office ) | 1 | | |
| Cash Drawers | 4 | | |
| Highchairs | 10 | | |
| Hand Sink | 3 | | |
| Booster Chair | 6 | | |
| Prep Sink | 1 | | |
| 3 Compartment Sink | 1 | | |
| Microwave | 4 | | |
| Chairs | 52 | | |
| 2 Door Pre Pack Refrigeration ( Retail Cabinet) | 1 | | |
| Walk In Freezer - W Shelving | 1 | | |
| Hobart Dish Machine- Stainless Work Table | 0 | | |
| Walk In Refrigerator- W Shelving | 1 | | |
| Booths - Tables | 36 | | |
| Each Fountain 7 Panel Menu Board | 1 | | |
| Milk Machine | 1 | | |
| 3 Spindle Mixer | 1 | | |
| Friendz Mixer | 1 | | |
| 2 Door Frendz - Holding Freezer | 1 | | |
| 10 Hole Ice Cream Cabinet | 1 | | |
| 10 Hole Ice Cream Cabinet | 1 | | |
| 5Ft Stainless Table | 1 | | |
| 6 Head Soda Machine | 1 | | |
| Coffee Machine | 1 | | |
| Gas Fryers | 2 | | |
| 4" Grill Electric | 2 | | |
| Under Cabinet -Refrigeration Drawers | 2 | | |
| 1 Door Freezer | 1 | | |
| 4 Ft. Gas Grill | 1 | | |
| Salad Units | 2 | | |
| Soup Warmers | 1 | | |
| Table Top Steam Table - ( Ban Marie Hold Sauces ) | 1 | | |
| Waffle Iron | 1 | | |
| Ice Machine | 2 | | |
| Stainless Prep Table | 2 | | |
| Outside Iron Bench | 2 | | |
| Outside Black Iron Trash Receptacle | 0 | | |
| 6 Ft. Stainless Table | 1 | | |
| 8 Ft. Stainless Table | 1 | | |
| 9 Ft. Stainless Table | 1 | | |

Case No.15-22009 (RDD)

**J & B Restaurant Partners of Long Island II, LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

|  |  |  | DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| **DESCRIPTION AND LOCATION OF PROPERTY** |  |  |  |
| **Description** | **Quantity** | **Location** |  |
| 1 Door Freezer | 1 | 230 Jericho Turnpike |  |
| 1 Door Refrigeration | 1 | Mineola NY 11501 |  |
| 2 Door Frendz - Holding Freezer | 1 |  |  |
| 2 Door Pre Pack Refrigeration ( Retail Cabinet) | 1 |  |  |
| 2 Compartment Sink | 1 |  |  |
| 3 Spindle Mixer | 1 |  |  |
| 4' Grill | 1 |  |  |
| 4Ft Stainless Table | 1 |  |  |
| 6 Hole Ice Cream Cabinet | 1 |  |  |
| 6 Head Soda Machine | 1 |  |  |
| 8 Hole Ice Cream Cabinet | 1 |  |  |
| Bathroom Fixtures | 2 |  |  |
| Booster Chair | 4 |  |  |
| Booths - Tables | 12 |  |  |
| Cash Drawers | 2 |  |  |
| Chairs | 44 |  |  |
| Chandeliers ( Hanging Light Fixtures ) | 12 |  |  |
| Coffee Machine | 1 |  |  |
| Dry Storage Shelving | 1 |  |  |
| Each Fountain 7 Panel Menu Board | 1 |  |  |
| Electric Fryers | 2 |  |  |
| Friendz Machine Mixer | 1 |  |  |
| Hand Sink | 2 |  |  |
| Highchairs | 6 |  |  |
| Ecolab Dish Machine- Stainless Work Table | 1 |  |  |
| Ice Machine | 1 |  |  |
| Microwave | 3 |  |  |
| Milk Machine | 1 |  |  |
| Prep Sink | 1 |  |  |
| Safe ( Office ) | 1 |  |  |
| Salad Units | 2 |  |  |
| Soda Rack ( Holds Bag Box ) | 1 |  |  |
| Soup Warmers | 2 |  |  |
| Stainless Prep Table | 1 |  |  |
| Table Top Steam Table - ( Ban Marie Hold Sauces ) | 1 |  |  |
| Under Cabinet -Refrigeration Drawers | 1 |  |  |
| Waffle Iron | 1 |  |  |
| Walk In Freezer - w Shelving | 1 |  |  |
| Walk In Refrigerator- w Shelving | 1 |  |  |

Case No.15-22009 (RDD)

**J & B Restaurant Partners of Long Island II, LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| | | | DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| **DESCRIPTION AND LOCATION OF PROPERTY** | | | |
| **Description** | **Quantity** | **Location** | |
| Freezer Chest | 1 | 552 Franklin Avenue | |
| 1 Door Refrigeration | 0 | Franklin Square NY 11010 | |
| 2 Door Frendz - Holding Freezer | 1 | | |
| 2 Door Pre Pack Refrigeration ( Retail Cabinet) | 1 | | |
| 3 Compartment Sink | 1 | | |
| 3 Spindle Mixer | 1 | | |
| 5' Grill | 1 | | |
| 4Ft Stainless Table | 1 | | |
| 6 Hole Ice Cream Cabinet | 1 | | |
| 6 Head Soda Machine | 1 | | |
| 8 Hole Ice Cream Cabinet | 1 | | |
| Bathroom Fixtures | 2 | | |
| Booster Chair | 4 | | |
| Booths - Tables | 11 | | |
| Cash Drawers | 2 | | |
| Chairs | 46 | | |
| Chandeliers ( Hanging Light Fixtures ) | 11 | | |
| Coffee Machine | 1 | | |
| Dry Storage Shelving | 1 | | |
| Each Fountain 7 Panel Menu Board | 1 | | |
| Electric Fryers | 1 | | |
| Friendz Machine Mixer | 1 | | |
| Hand Sink | 3 | | |
| Highchairs | 6 | | |
| Ecolab Lease | 1 | | |
| Ice Machine | 1 | | |
| Microwave | 3 | | |
| Milk Machine | 1 | | |
| Prep Sink | 1 | | |
| Safe ( Office ) | 1 | | |
| Salad Units | 1 | | |
| Soda Rack ( Holds Bag Box ) | 1 | | |
| Soup Warmers | 1 | | |
| Stainless Prep Table | 1 | | |
| Table Top Steam Table - ( Ban Marie Hold Sauces ) | 1 | | |
| Under Cabinet -Refrigeration Drawers | 1 | | |
| Waffle Iron | 1 | | |
| Walk In Freezer - w Shelving | 1 | | |
| Walk In Refrigerator- w Shelving | 1 | | |

**J & B Restaurant Partners of Long Island II, LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

|  |  |  | DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| DESCRIPTION AND LOCATION OF PROPERTY |  |  |  |
| Description | Quantity | Location |  |
| 1 Door Freezer | 1 | 1187 Wantagh Avenue North |  |
| 1 Door Refrigeration | 0 | Wantagh NY 11793 |  |
| 2 Door Frendz - Holding Freezer | 1 |  |  |
| 2 Door Pre Pack Refrigeration ( Retail Cabinet) | 1 |  |  |
| 3 Compartment Sink | 1 |  |  |
| 3 Spindle Mixer | 1 |  |  |
| 5' Grill | 1 |  |  |
| 4Ft Stainless Table | 1 |  |  |
| 6 Hole Ice Cream Cabinet | 1 |  |  |
| 6 Head Soda Machine | 1 |  |  |
| 8 Hole Ice Cream Cabinet | 1 |  |  |
| Bathroom Fixtures | 2 |  |  |
| Booster Chair | 4 |  |  |
| Booths - Tables | 17 |  |  |
| Cash Drawers | 4 |  |  |
| Chairs | 44 |  |  |
| Chandeliers ( Hanging Light Fixtures ) | 16 |  |  |
| Coffee Machine | 1 |  |  |
| Dry Storage Shelving | 1 |  |  |
| Each Fountain 7 Panel Menu Board | 1 |  |  |
| Electric Fryers | 2 |  |  |
| Friendz Machine Mixer | 1 |  |  |
| Hand Sink | 3 |  |  |
| Highchairs | 6 |  |  |
| Ecolab Lease | 1 |  |  |
| Ice Machine | 1 |  |  |
| Microwave | 3 |  |  |
| Milk Machine | 1 |  |  |
| Prep Sink | 1 |  |  |
| Safe ( Office ) | 1 |  |  |
| Salad Units | 2 |  |  |
| Soda Rack ( Holds Bag Box ) | 1 |  |  |
| Soup Warmers | 1 |  |  |
| Stainless Prep Table | 1 |  |  |
| Table Top Steam Table - ( Ban Marie Hold Sauces ) | 1 |  |  |
| Under Cabinet -Refrigeration Drawers | 1 |  |  |
| Waffle Iron | 1 |  |  |
| Walk In Freezer - w Shelving | 1 |  |  |
| Walk In Refrigerator- w Shelving | 1 |  |  |

**J & B Restaurant Partners of Long Island II, LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| | | | DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| **DESCRIPTION AND LOCATION OF PROPERTY** | | | |
| **Description** | **Quantity** | **Location** | |
| Hand Sink | 3 | 296 Larkfield Road | |
| Prep Sink | 1 | East Northport NY 11731 | |
| 3 Compartment Sink | 1 | | |
| Soda Rack ( Holds Bag Box ) | 1 | | |
| Safe ( Office ) | 1 | | |
| Ecco Lab Dish Machine- Stainless Work Table | 1 | | |
| Walk In Refrigerator- W Shelving | 1 | | |
| Walk In Freezer - W Shelving | 1 | | |
| Dry Storage Shelving | 1 | | |
| 2 Door Pre Pack Refrigeration ( Retail Cabinet) | 1 | | |
| Bathroom Fixtures | 2 | | |
| Microwave | 3 | | |
| Cash Drawers | 2 | | |
| Highchairs | 7 | | |
| Chandeliers ( Hanging Light Fixtures ) | 12 | | |
| Booths - Tables | 19 | | |
| Chairs | 34 | | |
| Booster Chair | 4 | | |
| Each Fountain 7 Panel Menu Board | 1 | | |
| Milk Machine | 1 | | |
| 3 Spindle Mixer | 1 | | |
| Friendz Machine | 1 | | |
| 2 Door Frendz - Holding Freezer | 1 | | |
| 6 Hole Ice Cream Cabinet | 1 | | |
| 12 Hole Ice Cream Cabinet | 1 | | |
| 4Ft Stainless Table | 1 | | |
| 8 Head Soda Machine | 1 | | |
| Coffee Machine | 1 | | |
| Electric Fryers | 2 | | |
| 4" Grill | 1 | | |
| Under Cabinet -Refrigeration Drawers | 1 | | |
| 1 Door Freezer | 1 | | |
| 1 Door Refrigeration | 1 | | |
| Salad Units | 2 | | |
| Soup Warmers | 0 | | |
| Table Top Steam Table - ( Ban Marie Hold Sauces ) | 1 | | |
| Waffle Iron | 2 | | |
| Ice Machine | 1 | | |
| Stainless Prep Table | 1 | | |

**J & B Restaurant Partners of Long Island II, LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| | | | DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| | DESCRIPTION AND LOCATION OF PROPERTY | | |
| Description | Quantity | Location | |
| Bathroom Fixtures | 2 | West Main Street | |
| Soda Rack ( Holds Bag Box ) | 1 | Bayshore NY 11706 | |
| Chandeliers ( Hanging Light Fixtures ) | 13 | | |
| Dry Storage Shelving | 1 | | |
| Safe ( Office ) | 1 | | |
| Cash Drawers | 2 | | |
| Highchairs | 6 | | |
| Hand Sink | 3 | | |
| Booster Chair | 5 | | |
| Prep Sink | 1 | | |
| 3 Compartment Sink | 1 | | |
| Microwave | 2 | | |
| Chairs | 24 | | |
| 2 Door Pre Pack Refrigeration ( Retail Cabinet) | 1 | | |
| Walk In Freezer - W Shelving | 1 | | |
| Ecco Lab Dish Machine- Stainless Work Table | 1 | | |
| Walk In Refrigerator- W Shelving | 1 | | |
| Booths - Tables | 22 | | |
| Each Fountain 7 Panel Menu Board | 1 | | |
| Milk Machine | 1 | | |
| 3 Spindle Mixer | 1 | | |
| Friendz Machine | 1 | | |
| 2 Door Frendz - Holding Freezer | 1 | | |
| 6 Hole Ice Cream Cabinet | 1 | | |
| 8 Hole Ice Cream Cabinet | 1 | | |
| 4Ft Stainless Table | 1 | | |
| 8 Head Soda Machine | 1 | | |
| Coffee Machine | 1 | | |
| Electric Fryers | 1 | | |
| 4" Grill | 2 | | |
| Under Cabinet -Refrigeration Drawers | 2 | | |
| 1 Door Freezer | 0 | | |
| 1 Door Refrigeration | 0 | | |
| Salad Units | 2 | | |
| Soup Warmers | 0 | | |
| Table Top Steam Table - ( Ban Marie Hold Sauces ) | 1 | | |
| Waffle Iron | 2 | | |
| Ice Machine | 1 | | |
| Stainless Prep Table | 2 | | |
| Outside Iron Bench | 1 | | |
| Outside Black Iron Trash Receptacle | 0 | | |

**J & B Restaurant Partners of Long Island II, LLC
SCHEDULES OF ASSETS AND LIABILITIES
ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| Description | Quantity | Location | DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| Soda Rack ( Holds Bag Box ) | 1 | 201 Hallock Road | |
| 4Ft Stainless Table | 1 | Stony Brook NY 11790 | |
| Milk Machine | 2 | | |
| Outside Black Iron Trash Receptacle | 1 | | |
| Outside Iron Bench | 1 | | |
| Bathroom Fixtures | 2 | | |
| Chandeliers ( Hanging Light Fixtures ) | 22 | | |
| Dry Storage Shelving | 1 | | |
| Safe ( Office ) | 1 | | |
| Cash Drawers | 4 | | |
| Each Fountain 7 Panel Menu Board | 1 | | |
| 3 Spindle Mixer | 1 | | |
| Soup Warmers | 2 | | |
| Waffle Iron | 2 | | |
| Highchairs | 6 | | |
| Hand Sink | 2 | | |
| Booster Chair | 5 | | |
| Stainless Prep Table | 2 | | |
| Prep Sink | 1 | | |
| Coffee Machine | 1 | | |
| 3 Compartment Sink | 1 | | |
| Ice Machine | 1 | | |
| Electric Fryers | 2 | | |
| Table Top Steam Table - ( Ban Marie Hold Sauces ) | 2 | | |
| 4" Grill | 2 | | |
| 8 Head Soda Machine | 1 | | |
| Microwave | 4 | | |
| Chairs | 54 | | |
| 2 Door Frendz - Holding Freezer | 1 | | |
| 6 Hole Ice Cream Cabinet | 2 | | |
| 1 Door Freezer | 2 | | |
| 1 Door Refrigeration | 2 | | |
| 8 Hole Ice Cream Cabinet | 0 | | |
| Walk In Freezer - W Shelving | 1 | | |
| 2 Door Pre Pack Refrigeration ( Retail Cabinet) | 1 | | |
| Friendz Machine | 1 | | |
| Walk In Refrigerator- W Shelving | 1 | | |
| Ecco Lab Dish Machine- Stainless Work Table | 1 | | |
| Salad Units | 3 | | |
| Booths - Tables | 36 | | |
| Under Cabinet -Refrigeration Drawers | 2 | | |

Case No.15-22009 (RDD)

**J & B Restaurant Partners of Long Island II, LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| DESCRIPTION AND LOCATION OF PROPERTY | | | DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| Description | Quantity | Location | |
| 1 Door Freezer | 1 | Rte 58 | |
| 1 Door Refrigeration | 1 | Riverhead NY | |
| 2 Door Frendz - Holding Freezer | 1 | | |
| 3 Door Pre Pack Refrigeration ( Retail Cabinet) | 1 | | |
| 3 Compartment Sink | 1 | | |
| 3 Spindle Mixer | 1 | | |
| 4" Grill | 2 | | |
| 4Ft Stainless Table | 1 | | |
| 6 Hole Ice Cream Cabinet | 1 | | |
| 8 Head Soda Machine | 1 | | |
| 8 Hole Ice Cream Cabinet | 1 | | |
| Bathroom Fixtures | 2 | | |
| Booster Chair | 5 | | |
| Booths - Tables | 37 | | |
| Cash Drawers | 4 | | |
| Chairs | 22 | | |
| Chandeliers ( Hanging Light Fixtures ) | 18 | | |
| Coffee Machine | 1 | | |
| Dry Storage Shelving | 1 | | |
| Each Fountain 7 Panel Menu Board | 1 | | |
| Electric Fryers | 2 | | |
| Friendz Machine | 1 | | |
| Hand Sink | 3 | | |
| Highchairs | 6 | | |
| Ecco Lab Dish Machine- Stainless Work Table | 1 | | |
| Ice Machine | 1 | | |
| Microwave | 4 | | |
| Milk Machine | 1 | | |
| Outside Black Iron Trash Receptacle | 1 | | |
| Outside Iron Bench | 2 | | |
| Prep Sink | 1 | | |
| Safe ( Office ) | 1 | | |
| Salad Units | 3 | | |
| Soda Rack ( Holds Bag Box ) | 1 | | |
| Soup Warmers | 2 | | |
| Stainless Prep Table | 2 | | |
| Table Top Steam Table - ( Ban Marie Hold Sauces ) | 2 | | |
| Under Cabinet -Refrigeration Drawers | 2 | | |
| Waffle Iron | 2 | | |
| Walk In Freezer - w Shelving | 1 | | |
| Walk In Refrigerator- w Shelving | 1 | | |

**J & B Restaurant Partners of Long Island II, LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| | | | DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| **DESCRIPTION AND LOCATION OF PROPERTY** | | | |
| **Description** | **Quantity** | **Location** | |
| 1 Door Freezer | 1 | 220 Mount Pleasant Road | |
| 1 Door Refrigeration | 1 | Smithtown NY 11787 | |
| 2 Door Frendz - Holding Freezer | 1 | | |
| 2 Door Pre Pack Refrigeration ( Retail Cabinet) | 1 | | |
| 3 Compartment Sink | 1 | | |
| 3 Spindle Mixer | 1 | | |
| 4" Grill | 2 | | |
| 4Ft Stainless Table | 0 | | |
| 6 Hole Ice Cream Cabinet | 1 | | |
| 8 Head Soda Machine | 1 | | |
| 8 Hole Ice Cream Cabinet | 1 | | |
| Bathroom Fixtures | 2 | | |
| Booster Chair | 4 | | |
| Booths - Tables | 32 | | |
| Cash Drawers | 3 | | |
| Chairs | 24 | | |
| Chandeliers ( Hanging Light Fixtures ) | 17 | | |
| Coffee Machine | 1 | | |
| Dry Storage Shelving | 1 | | |
| Each Fountain 7 Panel Menu Board | 1 | | |
| Electric Fryers | 2 | | |
| Friendz Machine | 1 | | |
| Hand Sink | 3 | | |
| Highchairs | 6 | | |
| Ecco Lab Dish Machine- Stainless Work Table | 1 | | |
| Ice Machine | 1 | | |
| Microwave | 3 | | |
| Milk Machine | 1 | | |
| Prep Sink | 1 | | |
| Safe ( Office ) | 1 | | |
| Salad Units | 3 | | |
| Soda Rack ( Holds Bag Box ) | 1 | | |
| Soup Warmers | 2 | | |
| Stainless Prep Table | 1 | | |
| Table Top Steam Table - ( Ban Marie Hold Sauces ) | 1 | | |
| Under Cabinet -Refrigeration Drawers | 2 | | |
| Waffle Iron | 2 | | |
| Walk In Freezer - w Shelving | 1 | | |
| Walk In Refrigerator- w Shelving | 1 | | |

Case No.15-22009 (RDD)

**J & B Restaurant Partners of Long Island II, LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| | | | DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| DESCRIPTION AND LOCATION OF PROPERTY | | | |
| Description | Quantity | Location | |
| Bathroom Fixtures | 2 | 55 Broadway Street | |
| Soda Rack ( Holds Bag Box ) | 1 | Massapequa NY 11758 | |
| Chandeliers ( Hanging Light Fixtures ) | 8 | | |
| Dry Storage Shelving | 1 | | |
| Cash Drawers | 2 | | |
| Highchairs | 6 | | |
| Hand Sink | 3 | | |
| Booster Chair | 5 | | |
| Prep Sink | 1 | | |
| 3 Compartment Sink | 1 | | |
| Microwave | 2 | | |
| Chairs | 18 | | |
| 2 Door Pre Pack Refrigeration ( Retail Cabinet) | 1 | | |
| Walk In Freezer - W Shelving | 1 | | |
| Ecco Lab Dish Machine- Stainless Work Table | 1 | | |
| Walk In Refrigerator- W Shelving | 1 | | |
| Booths - Tables | 20 | | |
| Each Fountain 7 Panel Menu Board | 1 | | |
| Milk Machine | 1 | | |
| 3 Spindle Mixer | 1 | | |
| 2 Door Frendz - Holding Freezer | 1 | | |
| 8 Hole Ice Cream Cabinet | 1 | | |
| 4Ft Stainless Table | 1 | | |
| 8 Head Soda Machine | 1 | | |
| Coffee Machine | 1 | | |
| Electric Fryers | 1 | | |
| 4" Grill | 2 | | |
| Under Cabinet -Refrigeration Drawers | 2 | | |
| 1 Door Freezer | 0 | | |
| 1 Door Refrigeration | 0 | | |
| Salad Units | 2 | | |
| Soup Warmers | 0 | | |
| Table Top Steam Table - ( Ban Marie Hold Sauces ) | 1 | | |
| Waffle Iron | 2 | | |
| Ice Machine | 1 | | |
| Stainless Prep Table | 2 | | |
| Outside Iron Bench | 1 | | |

**J & B Real Estate Partners of Long Island II, LLC**
**SCHEDULES of ASSETS AND LIABILITIES**
**ATTACHMENT B35**

**(B35) Other Personal Property of Any Kind Not Already Listed**

| DESCRIPTION AND LOCATION of PROPERTY | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Description** | **Location** | |
| Leasehold Improvements - Net of Depreciation | 361 Larkfield Road East Northport NY 11731 | $68,496.54 |
| Building Improvement - Net of Depreciation | 555 Broadway Street | $27,901.91 |
| Leasehold Improvements - Net of Depreciation | Massapequa NY 11758 | $38,232.38 |
| Leasehold Improvements - Net of Depreciation | 522 East Main Street Patchogue NY 11772 | $111,485.85 |
| Leasehold Improvements - Net of Depreciation | 230 Jericho Turnpike Mineola NY 11501 | $97,541.41 |
| Land Improvements - Net of Amortization | 201 Hallock Road | $631,587.52 |
| Building Improvements - Net of Depreciation | Stony Brook NY 11790 | $111,949.49 |
| Leasehold Improvements - Net of Depreciation | | $180,694.65 |
| Leasehold Improvements - Net of Depreciation | 2151 Jericho Turnpike Commack NY 11725 | $498,434.98 |
| Leasehold Improvements - Net of Depreciation | 1187 Wantagh Avenue North Wantagh NY 11793 | $144,154.61 |
| Land Improvements - Net of Amortization | 949 Old Country Road | $631,587.52 |
| Building Improvements - Net of Depreciation | Riverhead NY 11901 | $537,808.45 |
| Leasehold Improvements - Net of Depreciation | | $231,172.81 |
| Leasehold Improvements - Net of Depreciation | 1194 Deer Park Avenue North Babylon NY 11703 | $171,845.66 |
| Building Improvements - Net of Depreciation | 220 Mount Pleasant Road | $376,520.51 |
| Leasehold Improvements - Net of Depreciation | Smithtown NY 11787 | $115,336.08 |
| Leasehold Improvements -Administration, Net of Depreciation | | $7,186.19 |
| | **Grand Total** | $3,981,936.56 |

In re    **J & B Restaurant Partners of Long Island II, LLC**    , Case No.   **15-22009 (RDD)**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code and an Account Number *(See Instructions Above)* | C O D E B T O R | H W J / C | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if Any |
|---|---|---|---|---|---|---|---|---|
| | | | *Husband, Wife, Joint or Community* | | | | | |
| ACCOUNT NO: | | | Date Incurred: Various | | | | | |
| GE CAPITAL COMMERCIAL OF UTAH LLC GENERAL ELECTRIC CAPITAL CORPORATION & GE CAPITAL BANK 8381 EAST HARTFORD DRIVE, SUITE 200 SCOTTSDALE, AZ 85255 | X | | Loan and Security Agreement Collateral: Security interest in and liens upon all or substantially all of the assets of the Debtors | | | | $16,003,465.93 | Undetermined |
| | | | VALUE:          Undetermined | | | | | |

**0** continuation sheets attached

Total >
(Use only on last page)          **$16,003,465.93**          **Undetermined**

(Report also on                    (If applicable, report also on
Summary of Schedules)              Statistical Summary of Certain
                                   Liabilities and Related Data)

In re   **J & B Restaurant Partners of Long Island II, LLC**                    ,   Case No.   **15-22009 (RDD)**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts **not** entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■  **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**4** continuation sheets attached

In re  **J & B Restaurant Partners of Long Island II, LLC**  , Case No.  **15-22009 (RDD)**

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and certain other debts owed to governmental units

**Type Of Priority**

| | Creditor's Name and Mailing Address Including Zip Code and an Account Number *(See Instructions Above)* | C O D E B T O R | H W J C | Date Claim was Incurred and Consideration for Claim | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim | Amount not Entitled to Priority, if Any | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ACCOUNT NO:<br><br>COMMISSIONER OF TAXATION & FINANCE<br>NYS ASSESSMENT RECEIVABLES<br>GPO PO BOX 4127<br>BINGHAMPTON, NY 13902-4127 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| 2 | ACCOUNT NO:<br><br>DEPARTMENT OF STATE<br>DIV OF CORPORATIONS<br>99 WASHINGTON AVE<br>ALBANY, NY 12231-0001 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| 3 | ACCOUNT NO:<br><br>NEW YORK STATE DEPT OF TAXATION<br>WA HARRIMAN CAMPUS<br>ALBANY, NY 12227 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| 4 | ACCOUNT NO:<br><br>NEW YORK STATE INS. FUND<br>WORKERS COMPENSATION<br>PO BOX 5262<br>BINGHAMPTON, NY 13902 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |

Subtotal >                                    **Undetermined**

(Total of this page)       **Undetermined**       **Undetermined**

Sheet <u>1</u> of <u>4</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

In re **J & B Restaurant Partners of Long Island II, LLC** , Case No. **15-22009 (RDD)**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and certain other debts owed to governmental units

**Type Of Priority**

| | Creditor's Name and Mailing Address Including Zip Code and an Account Number (See Instructions Above) | C O D E B T O R | H W J C | Date Claim was Incurred and Consideration for Claim | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim | Amount not Entitled to Priority, if Any | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | ACCOUNT NO:<br><br>NYS INCOME TAX<br>NYS ESTIMATED INCOME TAX PROCESSING CENTER<br>BINGHAMPTON, NY 13902-4122 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| 6 | ACCOUNT NO:<br><br>STATE OF NEW YORK<br>NEW YORK STATE DEPT. OF TAXATION AND FINANCE OFFICE OF COUNSEL 5TH FL 15 METROTECH CENTER BROOKLYN, NY 11201-3827 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| 7 | ACCOUNT NO:<br><br>THE TOWN OF HUNTINGTON<br>100 MAIN STREET<br>HUNTINGTON, NY 11743 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| 8 | ACCOUNT NO:<br><br>TOWN OF BABYLON<br>281 PHELPS LANE  ROOM 19<br>ACCT# 005606<br>NORTH BABYLON, NY 11703 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |

Subtotal > | Undetermined | Undetermined |
(Total of this page) | | Undetermined |

Sheet **2** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

In re **J & B Restaurant Partners of Long Island II, LLC** , Case No. **15-22009 (RDD)**

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and certain other debts owed to governmental units

**Type Of Priority**

| | Creditor's Name and Mailing Address Including Zip Code and an Account Number *(See Instructions Above)* | C O D E B T O R | H W J C | Date Claim was Incurred and Consideration for Claim | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim | Amount not Entitled to Priority, if Any | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | ACCOUNT NO:<br><br>TOWN OF BABYLON FIRE PREVENT<br>999 NORTH INDIANA AVE.<br>LINDENHURST, NY 11757 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| 10 | ACCOUNT NO:<br><br>TOWN OF HEMPSTEAD<br>1 WASHINGTON STREET<br>HEMPSTEAD, NY 11550 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| 11 | ACCOUNT NO:<br><br>TOWN OF ISLIP<br>24 NASSAU AVENUE<br>ISLIP, NY 11751 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |
| 12 | ACCOUNT NO:<br><br>TOWN OF OYSTER BAY<br>74 AUDREY AVE<br>OYSTER BAY, NY 11771 | | | Taxing Authority | X | X | X | Undetermined | Undetermined | Undetermined |

Subtotal > Undetermined

(Total of this page) Undetermined | Undetermined

In re   **J & B Restaurant Partners of Long Island II, LLC**                    ,   Case No.   **15-22009 (RDD)**

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and certain other debts owed to governmental units

**Type Of Priority**

| | Creditor's Name and Mailing Address Including Zip Code and an Account Number *(See Instructions Above)* | CODEBTOR | HWJC | Date Claim was Incurred and Consideration for Claim | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim | Amount not Entitled to Priority, if Any / Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|---|
| 13 | ACCOUNT NO:<br><br>TOWN OF SMITHTOWN<br>99 WEST MAIN STREET<br>P.O. BOX 9090<br>SMITHTOWN, NY 11787 | | | Taxing Authority | X | X | X | Undetermined | Undetermined / Undetermined |
| 14 | ACCOUNT NO:<br><br>TOWN OF SMITHTOWN (7629 WASTE)<br>PO BOX 9066<br>TAXMAP: 89-132.-3-3.3/4<br>HICKSVILLE, NY 11802 | | | Taxing Authority | X | X | X | Undetermined | Undetermined / Undetermined |
| 15 | ACCOUNT NO:<br><br>TOWN OF SMITHTOWN - DEPT. OF PUBLIC SAFETY<br>65 MAPLE AVENUE<br>SMITHTOWN, NY 11787 | | | Taxing Authority | X | X | X | Undetermined | Undetermined / Undetermined |
| 16 | ACCOUNT NO:<br><br>UNITED STATES TREASURY INTERNAL REVENUE SERVICE<br>PO BOX 37007<br>HARTFORD, CT 06176-0007 | | | Taxing Authority | X | X | X | Undetermined | Undetermined / Undetermined |

Sheet <u>4</u> of <u>4</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal > | | **Undetermined** |
| (Total of this page) | **Undetermined** | **Undetermined** |
| Total > | | **Undetermined** |
| (Report on Summary of Schedules) | **Undetermined** | **Undetermined** |

In re   **J & B Restaurant Partners of Long Island II, LLC**                    , Case No.   **15-22009 (RDD)**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| | Creditor's Name and Mailing Address Including Zip Code and an Account Number *(See Instructions Above)* | C O D E B T O R | H W J C | Date Claim was Incurred and Consideration for Claim. If claim is subject to Setoff, so state. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 1 | ACCOUNT NO:<br><br>220 MOUNT PLEASANT RD LLC<br>1328 MOTOR PARKWAY<br>HAUPPAUGE, NY 11749 | | | Trade Payable | | | | $19,965.49 |
| 2 | ACCOUNT NO: L+T 369-2014/SM<br><br>220 MOUNT PLEASANT ROAD, LLC<br>CO TODD M. GARDELLA<br>225 OLD COUNTRY ROAD<br>MELVILLE, NY 11747 | | | Litigation | X | X | X | Undetermined |
| 3 | ACCOUNT NO:<br><br>A & D MICROWAVE OVENS SERVICE CORP.<br>216 EAST MEADOW AVE.<br>EAST MEADOW, NY 11554 | | | Trade Payable | | | | $343.04 |
| 4 | ACCOUNT NO:<br><br>ABT DESIGN & FIRE PROTECTION<br>1724 CHURCH STREET<br>HOLBROOK, NY 11741 | | | Trade Payable | | | | $881.02 |
| 5 | ACCOUNT NO:<br><br>ADVANCED AIR CONDITIONING<br>1158-C SUFFOLK AVE<br>BRENTWOOD, NY 11717 | | | Trade Payable | | | | $602.87 |

Sub -Total >

(Total of this Page)

**$21,792.42**

In re    **J & B Restaurant Partners of Long Island II, LLC**                    ,    Case No.    **15-22009 (RDD)**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| | Creditor's Name and Mailing Address Including Zip Code and an Account Number *(See Instructions Above)* | C O D E B T O R | H W J C | Date Claim was Incurred and Consideration for Claim. If claim is subject to Setoff, so state. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 6 | ACCOUNT NO:<br><br>AIR PLUS LLC<br>PO BOX 244<br>DEER PARK, NY 11729 | | | Trade Payable | | | | $12,212.48 |
| 7 | ACCOUNT NO:<br><br>ALEXIS WEIK<br>RECEIVER OF TAXES<br>40 NASSAU AVE<br>ISLIP, NY 11751-3645 | | | Trade Payable | X | X | X | $19,323.95 |
| 8 | ACCOUNT NO:<br><br>ALL ISLAND FIRE PROTECTION<br>1180 MONTAUK HWAY<br>E PATCHOGUE, NY 11772 | | | Trade Payable | | | | $2,260.48 |
| 9 | ACCOUNT NO:<br><br>ANTHONY'S LAWN MAINTENANCE<br>155 CONNETQUOT AVE<br>EAST ISLIP, NY 11730 | | | Trade Payable | | | | $1,146.00 |
| 10 | ACCOUNT NO:<br><br>AREA CONSTRUCTION CO.<br>746 LONG ISLAND AVE<br>DEER PARK, NY 11728 | | | Trade Payable | | | | $6,000.00 |
| 11 | ACCOUNT NO:<br><br>B.C. LAWN SERVICE CORP<br>2207 NEW BRIDGE ROAD<br>BELLMORE, NY 11710 | | | Trade Payable | | | | $7,352.30 |
| 12 | ACCOUNT NO:<br><br>BLACKTOP UNLIMITED<br>SUITE 360<br>1936 HEMPSTEAD TURNPIKE<br>EAST MEADOW, NY 11554 | | | Trade Payable | | | | $3,913.86 |

Sub -Total >

(Total of this Page)

**$52,209.07**

Sheet **1** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re   **J & B Restaurant Partners of Long Island II, LLC** _____ , Case No.   **15-22009 (RDD)**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| | Creditor's Name and Mailing Address Including Zip Code and an Account Number *(See Instructions Above)* | C O D E B T O R | H W J C | Date Claim was Incurred and Consideration for Claim. If claim is subject to Setoff, so state. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 13 | ACCOUNT NO:<br><br>BOX SOURCE<br>PO BOX 971<br>NESCONSET, NY 11767 | | | Trade Payable | | | | $4,026.31 |
| 14 | ACCOUNT NO:<br><br>CABLEVISION<br>P.O. BOX 9256<br>CHELSEA, MA 02150-9256 | | | Trade Payable | | | | $253.10 |
| 15 | ACCOUNT NO:<br><br>CABLEVISION<br>P.O. BOX 371378<br>PITTSBURGH, PA 15250-7378 | | | Trade Payable | | | | $87.00 |
| 16 | ACCOUNT NO:<br><br>CAJ REALTY, LLC<br>252 ROBBY LANE<br>MANHASSET HILLS, NY 11040 | | | Trade Payable | | | | $28,006.65 |
| 17 | ACCOUNT NO:<br><br>CHARLES BERMAN (TAXES)<br>RECEIVER OF TAXES<br>200 PLANDOME ROAD<br>MANHASSET, NY 11030 | | | Trade Payable | X | X | X | $18,397.29 |
| 18 | ACCOUNT NO:<br><br>DEANNA VARRICCHIO<br>99 WEST MAIN STREET<br>P.O. BOX 708<br>SMITHTOWN, NY 11787 | | | Trade Payable | X | X | X | $24,567.12 |
| 19 | ACCOUNT NO:<br><br>DEER PARK ASSOCIATES, LLC<br>ATTN: SEYMOUR PIENKNY<br>PO BOX 595<br>BABYLON, NY 11702 | | | Trade Payable | | | | $19,635.59 |

Sub -Total >

(Total of this Page)

**$94,973.06**

Sheet **2** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re   **J & B Restaurant Partners of Long Island II, LLC**                    ,   Case No.   **15-22009 (RDD)**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| | Creditor's Name and Mailing Address Including Zip Code and an Account Number *(See Instructions Above)* | CODEBTOR | HWJC | Date Claim was Incurred and Consideration for Claim. If claim is subject to Setoff, so state. | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 20 | ACCOUNT NO:<br><br>DEVAR PATCHOGUE,LLC<br>ATTN: LESTER YASSKY<br>441 WEST END AVE<br>NY, NY 10024 | | | Trade Payable | | | | $14,472.10 |
| 21 | ACCOUNT NO:<br><br>DONALD X. CLAVIN JR.<br>RECEIVER OF TAXES<br>200 N FRANKLIN STREET<br>HEMPSTEAD, NY 11550 | | | Trade Payable | X | X | X | $11,390.98 |
| 22 | ACCOUNT NO:<br><br>ECOLAB FOOD SAFETY SPECIALTIES<br>24198 NETWORK PLACE<br>CHICAGO, IL 60673-1241 | | | Trade Payable | | | | $159.37 |
| 23 | ACCOUNT NO:<br><br>ECOLAB INC<br>P.O. BOX 905327<br>CHARLOTTE, NC 28290 | | | Trade Payable | | | | $5,990.94 |
| 24 | ACCOUNT NO:<br><br>FRIENDLY BRONX HUB, LLC<br>374 MCLEAN AVE<br>YONKERS, NY 10705 | | | Trade Payable | | | | $14,472.09 |
| 25 | ACCOUNT NO:<br><br>FRIENDLY'S ICE CREAM, LLC<br>1855 BOSTON ROAD<br>WILBRAHAM, MA 01095 | | | Trade Payable | X | X | X | Undetermined |
| 26 | ACCOUNT NO:<br><br>FRIENDLY'S ICE CREAM, LLC<br>1855 BOSTON ROAD<br>WILBRAHAM, MA 01095 | | | Trade Payable | | | | $60,565.24 |

Sub -Total >

(Total of this Page)

**$107,050.72**

Sheet **3** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re   **J & B Restaurant Partners of Long Island II, LLC**                      ,  Case No.   **15-22009 (RDD)**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| | Creditor's Name and Mailing Address Including Zip Code and an Account Number *(See Instructions Above)* | CODEBTOR | HWJC | Date Claim was Incurred and Consideration for Claim. If claim is subject to Setoff, so state. | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 27 | ACCOUNT NO: <br><br> GOLD SHIELD ALARM <br> PO BOX 970 <br> NESCONSET, NY 11767-0970 | | | Trade Payable | | | | $496.39 |
| 28 | ACCOUNT NO: <br><br> HARLINGTON REALTY CO. LLC <br> 156A EAST 83RD STREET <br> NEW YORK, NY 10028 | | | Trade Payable | | | | $14,566.76 |
| 29 | ACCOUNT NO: <br><br> HOODZ OF CENTRAL LONG ISLAND <br> 1019 FORT SALONGA RD, SUITE 10 <br> NORTHPORT, NY 11768 | | | Trade Payable | | | | $2,965.48 |
| 30 | ACCOUNT NO: <br><br> HUNTINGTON ALARM CORP <br> 856-1 JOHNSON AVE <br> RONKONKOMA, NY 11779 | | | Trade Payable | | | | $195.53 |
| 31 | ACCOUNT NO: <br><br> HUOT ENTERPRISES, INC. <br> P.O. BOX 282 <br> CHICOPEE, MA 01014-0282 | | | Trade Payable | | | | $181.50 |
| 32 | ACCOUNT NO: <br><br> ICE CUBE INC DBA - APPLE ICE <br> 171 E. INDUSTRY COURT <br> DEER PARK, NY 11729 | | | Trade Payable | | | | $450.00 |
| 33 | ACCOUNT NO: <br><br> IRWIN FRANCHISE CAPITAL CORPORATION <br> ATTN CHIEF OPERATING OFFICER <br> 2700 WESTCHESTER AVENUE <br> PURCHASE, NY 10577 | | | Guarantee Claim | X | X | X | Undetermined |

Sub -Total >

(Total of this Page)

$18,855.66

Sheet **4** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re **J & B Restaurant Partners of Long Island II, LLC** , Case No. **15-22009 (RDD)**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| | Creditor's Name and Mailing Address Including Zip Code and an Account Number (See Instructions Above) | C O D E B T O R | H W J C | Date Claim was Incurred and Consideration for Claim. If claim is subject to Setoff, so state. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 34 | ACCOUNT NO: | | | | | | | |
| | ISLAND PRO CARPET & UPHOLSTERY CLEANING SUITE 12 1930 VETERANS MEMORIAL HIGHWA ISLANDIA, NY 11749 | | | Trade Payable | | | | $4,309.61 |
| 35 | ACCOUNT NO: | | | | | | | |
| | JAMES J. STEFANICH RECEIVER OF TAXES 74 AUDREY AVE OYSTER BAY, NY 11771-1539 | | | Trade Payable | X | X | X | $64,491.23 |
| 36 | ACCOUNT NO: | | | | | | | |
| | JARVIS ELECTRICAL CONTRCT P.O. BOX 205 OAKDALE, NY 11769 | | | Trade Payable | | | | $9,683.87 |
| 37 | ACCOUNT NO: | | | | | | | |
| | JB ALARMS OF LONG ISLAND PO BOX 6130 NORTH BABYLON, NY 11703 | | | Trade Payable | | | | $493.13 |
| 38 | ACCOUNT NO: | | | | | | | |
| | JME FIRE SPRINKLER CORP. 18 INDUSTRIAL BLVD MEDFORD, NY 11763 | | | Trade Payable | | | | $2,009.54 |
| 39 | ACCOUNT NO: | | | | | | | |
| | JPS ELECTRIC CO., INC. 115 HENRY STREET FREEPORT, NY 11520 | | | Trade Payable | | | | $3,410.84 |
| 40 | ACCOUNT NO: | | | | | | | |
| | K.RICHARDSON INC. 3 NASON PLACE DIX HILLS, NY 11746 | | | Trade Payable | | | | $240.00 |

Sub -Total >

(Total of this Page)

**$84,638.22**

In re    **J & B Restaurant Partners of Long Island II, LLC** _____ , Case No. __**15-22009 (RDD)**__

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| | Creditor's Name and Mailing Address Including Zip Code and an Account Number *(See Instructions Above)* | C O D E B T O R | H W J C | Date Claim was Incurred and Consideration for Claim. If claim is subject to Setoff, so state. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 41 | ACCOUNT NO: | | | | | | | |
| | KOEPPEL MARTONE & LEISTMAN, LLP 155 FIRST STREET P.O. BOX 863 MINEOLA, NY 11501-0863 | | | Trade Payable | X | X | X | $4,959.93 |
| 42 | ACCOUNT NO: | | | | | | | |
| | LAUREL SODA & BAR SYSTEMS 751-11 KOEHLER AVE RONKONKOMA, NY 11779 | | | Trade Payable | | | | $2,174.91 |
| 43 | ACCOUNT NO: | | | | | | | |
| | LUND FIRE PRODUCTS, INC. 40-33 215TH PLACE BAYSIDE, NY 11361 | | | Trade Payable | | | | $1,417.01 |
| 44 | ACCOUNT NO: | | | | | | | |
| | M. J. M. INC. 20 WILLOWOOD LANE CORAM, NY 11727 | | | Trade Payable | | | | $2,616.26 |
| 45 | ACCOUNT NO: | | | | | | | |
| | MASSAPEQUA WATER DISTRICT 84 GRAND AVENUE MASSAPEQUA, NY 11758-4990 | | | Trade Payable | | | | $680.96 |
| 46 | ACCOUNT NO: 2014NA023123 | | | | | | | |
| | MASSAPEQUA, NY FIRE MARSHALL DISTRICT COURT OF NASSAU COUNTY CRIMINAL TERM 99 MAIN STREET HEMPSTEAD, NY 11550 | | | Litigation | X | X | X | Undetermined |
| 47 | ACCOUNT NO: | | | | | | | |
| | MUZAK-NORTHEAST PO BOX 71070 CHARLOTTE, NC 28272-1070 | | | Trade Payable | | | | $281.80 |

Sub -Total >

(Total of this Page)  $12,130.87

Sheet **6** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re   **J & B Restaurant Partners of Long Island II, LLC** _____, Case No.   **15-22009 (RDD)**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| | Creditor's Name and Mailing Address Including Zip Code and an Account Number *(See Instructions Above)* | C O D E B T O R | H W J C | Date Claim was Incurred and Consideration for Claim. If claim is subject to Setoff, so state. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 48 | ACCOUNT NO: <br><br> NATIONAL GRID <br> PO BOX 11791 <br> NEWARK, NJ 7101 | | | Trade Payable | | | | $10,069.34 |
| 49 | ACCOUNT NO: <br><br> NEW YORK LOCK & SECURITY INC <br> 1047 PARK BOULEVARD <br> MASSAPEQUA PARK, NY 11762 | | | Trade Payable | | | | $3,408.04 |
| 50 | ACCOUNT NO: <br><br> OLYMPIC FURNTIURE INC. <br> 28 SYCAMORE AVENUE <br> FARMINGVILLE, NY 11738 | | | Trade Payable | | | | $635.97 |
| 51 | ACCOUNT NO: <br><br> ORACLE AMERICA INC <br> PO BOX 44471 <br> SAN FRANCISCO, CA 94144-4471 | | | Trade Payable | | | | $8,391.08 |
| 52 | ACCOUNT NO: <br><br> PMA EAST NORTHPORT REALTY, LLC <br> ATTN: MATTHEW CLASSI <br> 60 CUTTER MILL ROAD <br> GREAT NECK, NY 11021 | | | Trade Payable | | | | $20,536.99 |
| 53 | ACCOUNT NO: <br><br> PMA MINEOLA REALTY, LLC <br> ATTN: MATTHEW CLASSI <br> 60 CUTTER MILL ROAD <br> GREAT NECK, NY 11021 | | | Trade Payable | | | | $21,652.01 |
| 54 | ACCOUNT NO: <br><br> PSEGLI <br> PO BOX 888 <br> HICKSVILLE, NY 11802 | | | Trade Payable | | | | $50,018.16 |

Sub -Total >

(Total of this Page)

**$114,711.59**

Sheet **7** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re   **J & B Restaurant Partners of Long Island II, LLC**                              ,   Case No.   **15-22009 (RDD)**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| | Creditor's Name and Mailing Address Including Zip Code and an Account Number *(See Instructions Above)* | C O D E B T O R | H W J C | Date Claim was Incurred and Consideration for Claim. If claim is subject to Setoff, so state. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 55 | ACCOUNT NO: <br><br> RECEIVER OF TAXES <br> #3004435000 <br> 200 HOWELL AVENUE <br> RIVERHEAD, NY 11901-2596 | | | Trade Payable | X | X | X | $796.90 |
| 56 | ACCOUNT NO: <br><br> RECOGNITION PRODUCTS <br> P.O. BOX 1980 <br> LEBANON, CT 6249 | | | Trade Payable | | | | $32.50 |
| 57 | ACCOUNT NO: <br><br> RESCUE CESSPOOL AND DRAIN, LLC. <br> 7 MUNSELL ROAD <br> MEDFORD, NY 11763 | | | Trade Payable | | | | $8,988.69 |
| 58 | ACCOUNT NO: <br><br> RICHARD SECURITY INC. <br> 36 SOUTH MALL <br> PLAINVIEW, NY 11803 | | | Trade Payable | | | | $547.47 |
| 59 | ACCOUNT NO: <br><br> SAF-T-KLEEN <br> P.O. BOX 566 <br> CENTER MORICHES, NY 11934 | | | Trade Payable | | | | $4,056.47 |
| 60 | ACCOUNT NO: <br><br> SCWA <br> P.O. BOX 3147 <br> HICKSVILLE, NY 11802-3147 | | | Trade Payable | | | | $842.19 |
| 61 | ACCOUNT NO: <br><br> SECURITY CONCEPTS SYSTEMS <br> P.O. BOX 302 <br> PLAINVIEW, NY 11803 | | | Trade Payable | | | | $782.08 |

Sub -Total >

(Total of this Page)                                         **$16,046.30**

Sheet **8** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re   **J & B Restaurant Partners of Long Island II, LLC**                        , Case No.   **15-22009 (RDD)**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community Date Claim was Incurred and Consideration for Claim. If claim is subject to Setoff, so state. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim |
|---|---|---|---|---|---|---|---|
| 62 | ACCOUNT NO: | | | | | | |
| | SERVICE LAMP CORP P O BOX 249 MARLTON, NJ 8053 | | | Trade Payable | | | | $264.27 |
| 63 | ACCOUNT NO: | | | | | | |
| | SHOES FOR CREWS INC P.O. BOX 504634 ST. LOUIS, MO 63150-4634 | | | Trade Payable | | | | $1,004.24 |
| 64 | ACCOUNT NO: | | | | | | |
| | SIDELL ENBINDER ENBINDER DEVELOPMENT 1328 MOTOR PARKWAY HAUPPAGUE, NY 11749 | | | Trade Payable | | | | $14,805.54 |
| 65 | ACCOUNT NO: | | | | | | |
| | STATE STREET BANK AS CUSTODIAN FOR PBGC F/F/C: PBGC ACCT#3282 ACCT NAME: PUBLIC FUNDS | | | Trade Payable | | | | $33,184.45 |
| 66 | ACCOUNT NO: | | | | | | |
| | SUPREME SANI SERVICE 4420 DOUGLASTON PKWY #7E DOUGLASTON, NY 11363 | | | Trade Payable | | | | $7,153.89 |
| 67 | ACCOUNT NO: | | | | | | |
| | TAD EXTERMINATING COMPANY 7 RAILROAD ST GREENLAWN, NY 11740 | | | Trade Payable | | | | $4,817.60 |
| 68 | ACCOUNT NO: | | | | | | |
| | THE LITTLE RED WAGON PLUMBING & HEATING 1078 CALLAHAN ST. BAYSHORE, NY 11706 | | | Trade Payable | | | | $15,638.45 |

Sub -Total >

(Total of this Page)

**$76,868.44**

Sheet **9** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re   **J & B Restaurant Partners of Long Island II, LLC**                    ,  Case No.   **15-22009 (RDD)**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| | Creditor's Name and Mailing Address Including Zip Code and an Account Number *(See Instructions Above)* | C O D E B T O R | H W J C | Date Claim was Incurred and Consideration for Claim. If claim is subject to Setoff, so state. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | | |
| 69 | ACCOUNT NO: | | | | | | | |
| | THE SELLIS GROUP OF RIVERHEAD 43-20 ASTORIA BLVD. ASTORIA, NY 11033 | | | Trade Payable | | | | $5,619.35 |
| 70 | ACCOUNT NO: | | | | | | | |
| | TOWN OF BABYLON (7627 WASTE) 281 PHELPS LANE  ROOM 19 ACCT# 005606 NORTH BABYLON, NY 11703-4045 | | | Trade Payable | | | | $2,783.05 |
| 71 | ACCOUNT NO: | | | | | | | |
| | TOWN OF SMITHTOWN PO BOX 9066 HICKSVILLE, NY 11802-9066 | | | Trade Payable | | | | $4,416.61 |
| 72 | ACCOUNT NO: | | | | | | | |
| | TRI-STATE CARBONATION PO BOX 333 THOMPSONVILLE, NY 12784 | | | Trade Payable | | | | $3,235.31 |
| 73 | ACCOUNT NO: | | | | | | | |
| | TRIMARK UNITED EAST INC P O BOX 3505 S.  ATTLEBORO, MA 02703-0057 | | | Trade Payable | | | | $3,973.48 |
| 74 | ACCOUNT NO: | | | | | | | |
| | TRIPLE STITCH SPORTSWEAR 115 WATERBURY ROAD P.O. BOX 7036 PROSPECT, CT 6712 | | | Trade Payable | | | | $550.93 |
| 75 | ACCOUNT NO: | | | | | | | |
| | TYCO INTERGRATED SECURITY PO BOX 371994 PITTSBURGH, PA 15250-7994 | | | Trade Payable | | | | $885.99 |

Sub -Total >

(Total of this Page)

**$21,464.72**

In re  **J & B Restaurant Partners of Long Island II, LLC** _____ , Case No. **15-22009 (RDD)**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| | Creditor's Name and Mailing Address Including Zip Code and an Account Number (See Instructions Above) | C O D E B T O R | H W J C | Date Claim was Incurred and Consideration for Claim. If claim is subject to Setoff, so state. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 76 | ACCOUNT NO:<br><br>VERIZON<br>P.O. BOX 15124<br>#516 783 9208 282 27 6<br>ALBANY, NY 12212-5124 | | | Trade Payable | | | | $24.88 |
| 77 | ACCOUNT NO:<br><br>VIA TECH<br>1440 FIFTH AVE<br>BAYSHORE, NY 11706 | | | Trade Payable | | | | $1,350.69 |
| 78 | ACCOUNT NO:<br><br>WHM CONTRACTING CO., INC.<br>255 MCCORMICK DRIVE<br>BOHEMIA, NY 11716 | | | Trade Payable | | | | $2,135.50 |
| 79 | ACCOUNT NO:<br><br>WILLOW WOOD ASSOCIATES<br>SUITE 200<br>500 OLD COUNTRY ROAD<br>GARDEN CITY, NY 11530 | | | Trade Payable | | | | $44,981.19 |
| 80 | ACCOUNT NO:<br><br>WORLD CLASS BUSINESS PRODUCTS<br>48-49 35TH STREET<br>LONG ISLAND CITY, NY 11101 | | | Trade Payable | | | | $157.54 |

Sub -Total >  **$48,649.80**

(Total of this Page)

Total >  **$669,390.87**

(Report also on Summary of Schedules)

Sheet **11** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re   **J & B Restaurant Partners of Long Island II, LLC**                    ,  Case No.   **15-22009 (RDD)**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian,such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| | Name and Address of Contract Party | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|---|
| 1 | CAJ REALTY, LLC<br>ATTN: PRESIDENT, MANAGING OR GENERAL AGENT<br>252 ROBBY LANE<br>MANHASSET HILLS, NY 11040 | Lease - Non-Residential Realty (ID: 01040)<br>Real Estate Lease<br>Nature of Debtor's Interest: Lessor |
| 2 | ECOLAB<br>ATTN: PRESIDENT, MANAGING OR GENERAL AGENT<br>P.O. BOX 905327<br>CHARLOTTE, NC 28290 | Lease - Personal Property (ID: 00056)<br>Dish Machine Lease Agreement / Riverhead, NY<br>Nature of Debtor's Interest: Lessor |
| 3 | ECOLAB<br>ATTN: PRESIDENT, MANAGING OR GENERAL AGENT<br>P.O. BOX 905327<br>CHARLOTTE, NC 28290 | Lease - Personal Property (ID: 00051)<br>Dish Machine Lease Agreement / Patchogue, NY<br>Nature of Debtor's Interest: Lessor |
| 4 | ECOLAB<br>ATTN: PRESIDENT, MANAGING OR GENERAL AGENT<br>P.O. BOX 905327<br>CHARLOTTE, NC 28290 | Lease - Personal Property (ID: 00048)<br>Dish Machine Lease Agreement / Mineola, NY<br>Nature of Debtor's Interest: Lessor |
| 5 | ECOLAB<br>ATTN: PRESIDENT, MANAGING OR GENERAL AGENT<br>P.O. BOX 905327<br>CHARLOTTE, NC 28290 | Lease - Personal Property (ID: 00047)<br>Dish Machine Lease Agreement / Wantagh, NY<br>Nature of Debtor's Interest: Lessor |
| 6 | ECOLAB<br>ATTN: PRESIDENT, MANAGING OR GENERAL AGENT<br>P.O. BOX 905327<br>CHARLOTTE, NC 28290 | Lease - Personal Property (ID: 00041)<br>Dish Machine Lease Agreement / Massapequa, NY<br>Nature of Debtor's Interest: Lessor |
| 7 | ECOLAB<br>ATTN: PRESIDENT, MANAGING OR GENERAL AGENT<br>P.O. BOX 905327<br>CHARLOTTE, NC 28290 | Lease - Personal Property (ID: 00036)<br>Dish Machine Lease Agreement / Commack, NY<br>Nature of Debtor's Interest: Lessor |
| 8 | ECOLAB<br>ATTN: PRESIDENT, MANAGING OR GENERAL AGENT<br>P.O. BOX 905327<br>CHARLOTTE, NC 28290 | Lease - Personal Property (ID: 00035)<br>Dish Machine Lease Agreement / Stony Brook, NY<br>Nature of Debtor's Interest: Lessor |
| 9 | ECOLAB<br>ATTN: PRESIDENT, MANAGING OR GENERAL AGENT<br>P.O. BOX 905327<br>CHARLOTTE, NC 28290 | Lease - Personal Property (ID: 00027)<br>Dish Machine Lease Agreement / Bayshore, NY<br>Nature of Debtor's Interest: Lessor |
| 10 | FRIENDLY'S CORP.<br>ATTN: T. TODD SCHWENDENMANN, CFO & TREASURER<br>1855 BOSTON ROAD<br>WILBRAHAM, MA 01095 | Lease - Non-Residential Realty (ID: 01063)<br>Friendly's as Landlord<br>Nature of Debtor's Interest: Lessor |

**1** continuation sheets attached

In re   **J & B Restaurant Partners of Long Island II, LLC**                    ,   Case No.   **15-22009 (RDD)**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Address of Contract Party | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|
| 11   FRIENDLY'S FRANCHISING, LLC<br>ATTN: T. TODD SCHWENDENMANN, CFO & TREASURER<br>1855 BOSTON ROAD<br>WILBRAHAM, MA 01095 | License Agreement (ID: 01036)<br>First Amendment to License Agreement<br>Nature of Debtor's Interest: Licensor |
| 12   FRIENDLY'S FRANCHISING, LLC<br>ATTN: T. TODD SCHWENDENMANN, CFO & TREASURER<br>1855 BOSTON ROAD<br>WILBRAHAM, MA 01095 | License Agreement (ID: 01030)<br>License Agreement<br>Nature of Debtor's Interest: Licensor |
| 13   MS. SIDELL ENBINDER<br>ATTN: PRESIDENT, MANAGING OR GENERAL AGENT<br>9 MANSION DRIVE<br>OLD WESTBURY, NY 11568 | Lease - Non-Residential Realty (ID: 01077)<br>Real estate lease<br>Nature of Debtor's Interest: Lessor |
| 14   MUZAK-NORTHEAST<br>ATTN: PRESIDENT, MANAGING OR GENERAL AGENT<br>PO BOX 71070<br>CHARLOTTE, NC 28272-1070 | Service Agreement (ID: 01097)<br>Service Agreement<br>Nature of Debtor's Interest: Supplier |
| 15   OPTIMUM BUSINESS<br>ATTN: PRESIDENT, MANAGING OR GENERAL AGENT<br>CABLEVISION SYSTEMS CORPORATION<br>1111 STEWART AVENUE<br>BETHPAGE, NY 11714 | Service Agreement (ID: 00138)<br>Internet and phone service agreement and order<br>Nature of Debtor's Interest: Customer |
| 16   ORACLE AMERICA INC<br>ATTN: PRESIDENT, MANAGING OR GENERAL AGENT<br>PO BOX 44471<br>SAN FRANCISCO, CA 94144-4471 | Service Agreement (ID: 01083)<br>POS<br>Nature of Debtor's Interest: Supplier |

Sheet  **1** of **1** continuation sheets attached to
Schedule of Executory Contracts and Unexpired Leases

In re    **J & B Restaurant Partners of Long Island II, LLC**    ,    Case No.    **15-22009 (RDD)**

Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **See Attachment H** | |

**J & B Restaurant Partners of Long Island II, LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT H**

**(H) CODEBTORS**

| **NAME AND ADDRESS OF CODEBTOR** | **NAME AND ADDRESS OF CREDITOR** |
|---|---|

**Loan and Security Agreement (First and Second GE Loans)**

| | |
|---|---|
| **Borrower** | **Lender** |
| J & B Restaurant Partners of Long Island Holding Co., LLC | GE Capital Commercial of Utah LLC |
| | 8377 East Hartford Drive, Suite 200 |
| **Guarantors** | Scottsdale AZ 85255 |
| J & B Real Estate Partners of Long Island II, LLC | |
| J & B Real Estate Partners of Long Island III, LLC | |
| J & B Real Estate Partners of Long Island, LLC | |
| J & B Restaurant Partners of Copiague, LLC | |
| J & B Restaurant Partners of Hicksville, LLC | |
| J & B Restaurant Partners of Long Island II, LLC | |
| J & B Restaurant Partners of Long Island, LLC | |
| J & B Restaurant Partners of Massapequa Park, LLC | |
| J & B Restaurant Partners of Middle Island, LLC | |

**Security Agreement (Third  GE Loan)**

| | |
|---|---|
| **Borrower** | **Lender** |
| J & B Restaurant Partners of Shirley, LLC | General Electric Capital Corporation |
| | 8377 East Hartford Drive, Suite 200 |
| **Guarantors** | Scottsdale AZ 85255 |
| J & B Partners Management, LLC | |
| J & B Real Estate Partners of Long Island II, LLC | |
| J & B Real Estate Partners of Long Island III, LLC | |
| J & B Real Estate Partners of Long Island, LLC | |
| J & B Restaurant Partners of Copiague, LLC | |
| J & B Restaurant Partners of Hicksville, LLC | |
| J & B Restaurant Partners of Long Island Holding Co., LLC | |
| J & B Restaurant Partners of Long Island II, LLC | |
| J & B Restaurant Partners of Long Island, LLC | |
| J & B Restaurant Partners of Massapequa Park, LLC | |
| J & B Restaurant Partners of Middle Island, LLC | |

**Security Agreement (Fourth GE Loan)**

| | |
|---|---|
| **Borrowers** | **Lender** |
| J & B Restaurant Partners of CT, LLC | GE Capital Bank, Successor By Name |
| J & B Restaurant Partners of NJ, LLC | Change To GE Capital Financial Inc. |
| J & B Restaurant Partners of NY, LLC | 8377 East Hartford Drive, Suite 200 |
| J & B Restaurant Partners of NYDMA, LLC | Scottsdale AZ 85255 |

**J & B Restaurant Partners of Long Island II, LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT H**

**(H) CODEBTORS**

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**Security Agreement (Fourth GE Loan) - (continued)**

**Released Borrowers**
J & B Restaurant Partners of Bricktown NJ, LLC
J & B Restaurant Partners of West Caldwell NJ, LLC

**Lender**
GE Capital Bank, Successor By Name
Change To GE Capital Financial Inc.
8377 East Hartford Drive, Suite 200
Scottsdale AZ 85255

**Guarantors**
J & B Partners Management, LLC
J & B Real Estate Partners of Long Island II, LLC
J & B Real Estate Partners of Long Island III, LLC
J & B Real Estate Partners of Long Island, LLC
J & B Restaurant Partners of Copiague, LLC
J & B Restaurant Partners of Hicksville, LLC
J & B Restaurant Partners of Long Island Holding Co., LLC
J & B Restaurant Partners of Long Island II, LLC
J & B Restaurant Partners of Long Island, LLC
J & B Restaurant Partners of Massapequa Park, LLC
J & B Restaurant Partners of Middle Island, LLC
J & B Restaurant Partners of Shirley, LLC

**Loan and Security Agreement**

**Borrower**
J & B Restaurant Partners of Hampton Bays, LLC

**Lender**
Irwin Franchise Capital Corporation
2700 Westchester Avenue
Purchase, NY 10577

**Guarantors**
J & B Real Estate Partners of Long Island II, LLC
J & B Restaurant Partners of Copiague, LLC
J & B Restaurant Partners of Long Island Holding Co., LLC
J & B Restaurant Partners of Long Island II, LLC
J & B Restaurant Partners of Massapequa Park, LLC
J & B Restaurant Partners of Middle Island, LLC
J & B Restaurant Partners of South Shore Mall, LLC
Joseph Vitrano, Individually
William Murphy, Individually
James Notarnicola, Individually

**United States Bankruptcy Court**
**Southern District of New York**

In re ___ **J & B Restaurant Partners of Long Island II, LLC** ___ , Case No. ___ **15-22009 (RDD)** ___

Debtor    Chapter ___ **11** ___

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Laura A. Marcero, the Chief Restructuring Officer of J & B Restaurant Partners of Long Island II, LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **41** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___ **February 19, 2015** ___    Signature ___ **/s/Laura A. Marcero** ___
**Laura A. Marcero**
**Chief Restructuring Officer**
**J & B Restaurant Partners of Long Island II, LLC**

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.*
*18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re:   **J & B Restaurant Partners of Long Island II, LLC**          Case No.   **15-22009 (RDD)**

Debtor

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

None
☐

**1.     Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $284,958.13 | YTD 01/05/15 - Gross Sales |
| $13,618,517.29 | FYE 12/28/14 - Gross Sales |
| $14,631,057.90 | FYE 12/28/13 - Gross Sales |

None ☐

**2.     Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $792.99 | YTD 01/05/15 - Crane Game Commission |
| $48,512.29 | FYE 12/28/14 - Crane Game Commission |
| $51,169.12 | FYE 12/28/13 - Crane Game Commission |

None ☑

**3.     Payments to creditors**

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment 3b** | | | |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|---|

None
☐

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

**See Attachment 4a**

None
☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATES OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

None
☑

**5.    Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

None
☑

**6.    Assignments and receiverships**

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

None ☐

**7.    Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**As a part of their local marketing programs, the Debtors make charitable contributions in the form of rebates and donations in kind. These amounts are not accounted for as separate line item in the Debtors' accounts.**

---

None ☑

**8.    Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

None ☐

**9.    Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**See Attachment 9**

**10.   Other transfers**

None ☑

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE | RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|---|

None ☑

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.   Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America Payroll Account** | **1407** | **03/12/14** |

**12.   Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

None
☑

**13.    Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

None
☐

**14.    Property held for another person**

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **See Attachment 14** | | |

---

None
☐

**15.    Prior address of debtor**

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3385 Veterans Memorial Highway Ronkonkoma NY 11716** | **J & B Restaurant Partners of Long Island II, LLC** | **Vacated on 02/2012** |

---

None
☑

**16.    Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

None


**17.    Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None


b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None


c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

None ☑

**18.    Nature, location and name of business**

a.  *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
|  |  |  |  |  |

None ☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|
|  |  |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

None ☐

**19.    Books, records and financial statements**

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Ken Chambers**<br>**Controller**<br>**4000 Veterans Memorial Hwy, 1st Floor**<br>**Bohemia, NY 11716** | **01/05/13 to Present** |
| **Gerald Snearly**<br>**Former Chief Financial Officer**<br>**4000 Veterans Memorial Hwy, 1st Floor**<br>**Bohemia, NY 11716** | **01/05/13 to 11/01/13** |

None ☑  b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
|      |         |                         |

None ☐  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Ken Chambers** | **4000 Veterans Memorial Hwy, 1st Floor** |
| **Controller** | **Bohemia, NY 11716** |

None ☐  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **The Debtors provide certain parties, such as lenders, banks, vendors and financial advisors, financial statements in their ordinary course of business. The Debtors do not maintain complete lists to track such disclosures.  As such, the Debtors have not provided lists of these parties in response to this question.** | |

None ☐  **20.    Inventories**

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF  INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|
| **See Attachment 20** | | |

None
☐

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

**See Attachment 20**

None
☑

**21.    Current Partners, Officers, Directors and Shareholders**

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE NAME AND OF STOCK OWNERSHIP

**See Attachment 21b**

None
☑

**22.    Former partners, officers, directors and shareholders**

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None
☑

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

None
☐

**23.    Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT | RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**See SoFA 23 of J & B Partners Management LLC**

---

None
☐

**24.    Tax Consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| **J & B Partners Holding Co., LLC** | **45-2106093** |

---

None
☑

**25.    Pension Funds.**

If the debtor is not an individual, ,list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

*   *   *   *   *   *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature of Debtor _____

                                          Signature of Joint
Date _____    Debtor (if any) _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **Feburary 19, 2015** _____    Signature    **/s/ Laura A. Marcero** _____

                                          Print Name and Title    **Laura A. Marcero, Chief Restructuring Officer** _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1)   I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2)   I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

J & B Restaurant Partners of Long Island II, LLC

**J & B Restaurant Partners of Long Island II, LLC**

**STATEMENT OF FINANCIAL AFFAIRS**

**ATTACHMENT 3b**

**(3b) Payments to Creditors within 90 days**

* For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING* |
|---|---|---|---|
| AIR PLUS LLC<br>PO BOX 244<br>DEER PARK NY 11729 | | | |
| | 10/28/14 | $3,281.45 | |
| | 11/07/14 | $1,862.91 | |
| | 12/30/14 | $6,056.86 | |
| | | $11,201.22 | |
| BANKDIRECT CAPITAL FINANCE LLC<br>TWO CONWAY PARK<br>150 NORTH FIELD DRIVE SUITE 190<br>LAKE FOREST IL 60045 | | | |
| | 11/21/14 | $17,000.00 | |
| CAJ REALTY, LLC<br>252 ROBBY LANE<br>MANHASSET HILLS NY 11040 | | | |
| | 10/08/14 | $13,154.63 | |
| FRIENDLYS ICE CREAM LLC<br>1855 BOSTON ROAD<br>WILBRAHAM MA 01095 | | | |
| | 10/09/14 | $20,885.76 | |
| | 10/14/14 | $31,526.74 | |
| | 10/15/14 | $19,615.11 | |
| | 10/16/14 | $6,989.96 | |
| | 10/17/14 | $15,267.14 | |
| | 10/20/14 | $31,956.83 | |
| | 10/22/14 | $21,587.64 | |
| | 10/23/14 | $10,901.97 | |
| | 10/24/14 | $21,806.38 | |
| | 10/27/14 | $21,694.06 | |
| | 10/28/14 | $94.47 | |
| | 10/30/14 | $32,643.42 | |
| | 10/31/14 | $11,416.80 | |
| | 11/03/14 | $3,606.00 | |
| | 11/04/14 | $21,460.05 | |
| | 11/05/14 | $16,709.87 | |
| | 11/06/14 | $7,660.69 | |
| | 11/07/14 | $16,119.69 | |
| | 11/12/14 | $10,212.14 | |
| | 11/13/14 | $26,131.89 | |
| | 11/14/14 | $19,063.69 | |
| | 11/17/14 | $35,262.34 | |
| | 11/18/14 | $551.77 | |
| | 11/19/14 | $24,605.43 | |
| | 11/20/14 | $8,847.38 | |
| | 11/21/14 | $18,170.91 | |
| | 11/24/14 | $23,204.02 | |
| | 11/26/14 | $20,526.99 | |
| | 11/28/14 | $23,388.15 | |
| | 12/01/14 | $25,146.72 | |
| | 12/03/14 | $23,260.88 | |
| | 12/04/14 | $89.45 | |
| | 12/05/14 | $24,346.25 | |
| | 12/08/14 | $20,683.15 | |
| | 12/12/14 | $21,681.13 | |
| | 12/15/14 | $38,907.62 | |
| | 12/16/14 | $8,399.01 | |

**J & B Restaurant Partners of Long Island II, LLC**

**STATEMENT OF FINANCIAL AFFAIRS**

**ATTACHMENT 3b**

**(3b) Payments to Creditors within 90 days**

\* For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING* |
|---|---|---|---|
| FRIENDLYS ICE CREAM LLC<br>1855 BOSTON ROAD<br>WILBRAHAM MA 01095 | | | |
| | 12/17/14 | $38,377.33 | |
| | 12/18/14 | $49.34 | |
| | 12/24/14 | $20,247.41 | |
| | 12/26/14 | $19,206.72 | |
| | 12/29/14 | $20,139.04 | |
| | | $782,441.34 | |
| NATIONAL GRID<br>PO BOX 11791<br>NEWARK NJ 7101 | | | |
| | 10/13/14 | $510.48 | |
| | 10/13/14 | $180.62 | |
| | 10/14/14 | $496.14 | |
| | 10/16/14 | $307.17 | |
| | 10/23/14 | $297.18 | |
| | 10/23/14 | $297.18 | |
| | 10/23/14 | $195.84 | |
| | 10/23/14 | $195.84 | |
| | 10/23/14 | $450.80 | |
| | 10/23/14 | $483.35 | |
| | 10/23/14 | $488.51 | |
| | 10/28/14 | $542.00 | |
| | 11/05/14 | $256.41 | |
| | 11/05/14 | $241.67 | |
| | 11/11/14 | $418.58 | |
| | 11/11/14 | $293.90 | |
| | 11/14/14 | $833.11 | |
| | 11/18/14 | $453.05 | |
| | 11/18/14 | $687.66 | |
| | 11/18/14 | $416.55 | |
| | 11/21/14 | $308.23 | |
| | 11/21/14 | $210.21 | |
| | 12/01/14 | $571.80 | |
| | 12/10/14 | $497.91 | |
| | 12/10/14 | $78.39 | |
| | 12/10/14 | $308.94 | |
| | 12/16/14 | $614.54 | |
| | 12/29/14 | $356.18 | |
| | 12/29/14 | $257.39 | |
| | 12/30/14 | $653.72 | |
| | 12/30/14 | $422.06 | |
| | 12/30/14 | $603.05 | |
| | | $12,928.46 | |
| PAYROLL | | | |
| | 10/08/14 to 01/05/15 | $1,081,779.34 | |
| PMA EAST NORTHPORT REALTY, LLC<br>ATTN: MATTHEW CLASSI<br>60 CUTTER MILL ROAD<br>GREAT NECK NY 11021 | | | |
| | 10/08/14 | $9,502.17 | |

**J & B Restaurant Partners of Long Island II, LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 3b**

**(3b) Payments to Creditors within 90 days**

* For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING* |
|---|---|---|---|
| PMA MINEOLA REALTY, LLC<br>ATTN: MATTHEW CLASSI<br>60 CUTTER MILL ROAD<br>GREAT NECK NY 11021 | | | |
| | 10/09/14 | $10,018.08 | |
| PSEGLI<br>PO BOX 888<br>HICKSVILLE NY 11802 | | | |
| | 10/10/14 | $5,057.41 | |
| | 10/13/14 | $3,864.40 | |
| | 10/14/14 | $3,915.61 | |
| | 10/14/14 | $4,553.05 | |
| | 10/14/14 | $4,941.81 | |
| | 10/16/14 | $2,659.22 | |
| | 10/16/14 | $33.02 | |
| | 10/23/14 | $3,475.05 | |
| | 10/23/14 | $3,582.05 | |
| | 10/23/14 | $3,475.05 | |
| | 10/23/14 | $3,594.60 | |
| | 10/23/14 | $3,582.05 | |
| | 10/28/14 | $2,652.00 | |
| | 11/11/14 | $5,103.75 | |
| | 11/11/14 | $3,579.54 | |
| | 11/11/14 | $2,950.89 | |
| | 11/14/14 | $3,398.53 | |
| | 11/14/14 | $3,549.23 | |
| | 11/18/14 | $5,168.38 | |
| | 11/18/14 | $2,549.78 | |
| | 11/18/14 | $38.79 | |
| | 11/18/14 | $2,622.37 | |
| | 11/18/14 | $38.86 | |
| | 11/18/14 | $3,577.67 | |
| | 11/24/14 | $2,362.34 | |
| | 11/24/14 | $3,745.85 | |
| | 12/01/14 | $4,223.92 | |
| | 12/10/14 | $2,479.94 | |
| | 12/10/14 | $3,153.74 | |
| | 12/15/14 | $4,897.06 | |
| | 12/15/14 | $3,408.41 | |
| | 12/16/14 | $32.36 | |
| | 12/16/14 | $2,082.46 | |
| | 12/16/14 | $4,283.17 | |
| | 12/22/14 | $3,615.66 | |
| | 12/22/14 | $2,900.58 | |
| | 12/29/14 | $2,409.66 | |
| | | $117,558.26 | |
| SIDELL ENBINDER<br>ENBINDER DEVELOPMENT<br>1328 MOTOR PARKWAY<br>HAUPPAGUE NY 11749 | | | |
| | 10/08/14 | $6,850.32 | |
| STATE STREET BANK AS CUSTODIAN<br>ACCT NAME: PUBLIC FUNDS<br>1200 CROWN COLONY DRIVE - ATTN: STEVE DAVIES<br>QUINCY MA 02169 | | | |
| | 10/10/14 | $15,354.00 | |

**J & B Restaurant Partners of Long Island II, LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 3b**

**(3b) Payments to Creditors within 90 days**

\* For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING* |
|---|---|---|---|
| THE LITTLE RED WAGON PLUMBING<br>1078 CALLAHAN ST.<br>BAYSHORE NY 11706 | | | |
| | 10/30/14 | $4,616.56 | |
| | 11/07/14 | $2,368.03 | |
| | 12/04/14 | $684.33 | |
| | 12/17/14 | $8,473.23 | |
| | | $16,142.15 | |
| THE STATE INSURANCE FUND<br>8 CORPORATE CENTER DRIVE<br>3RD FLOOR<br>MELVILLE NY 11747 | | | |
| | 12/29/14 | $24,000.00 | |

Case No. 15-22009 (RDD)

**J & B Restaurant Partners of Long Island II, LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 9**

**(9) Payments Related to Bankruptcy Within One Year**

NOTE:  The following payments were made by J & B Partners Management, LLC, J & B Restaurant Partners of Long Island, LLC,
J & B Restaurant Partners of Long Island II, LLC, J & B Restaurant Partners of NJ, LLC on behalf of themselves and related debtors.

| NAME AND ADDRESS OF PAYEE | NAME OF PAYOR | DATE OF PAYMENT | AMOUNT PAID |
|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | J & B Partners Management, LLC | 11/18/14 | $56,070.50 |
| 1700 Pacific Avenue, Suite 4100 | J & B Partners Management, LLC | 12/04/14 | $29,733.90 |
| Dallas, TX 75201-4624 | J & B Restaurant Partners of Long Island, LLC | 08/22/14 | $6,598.00 |
| | J & B Restaurant Partners of Long Island, LLC | 01/05/15 | $70,000.00 |
| | J & B Restaurant Partners of NJ, LLC | 12/04/14 | $28,675.50 |
| | J & B Restaurant Partners of NJ, LLC | 12/04/14 | $7,260.15 |
| | J & B Restaurant Partners of NJ, LLC | 12/31/14 | $46,121.77 |
| | | | $244,459.82 |
| | | | |
| Huron Consulting Group | J & B Restaurant Partners of Long Island, LLC | 01/05/15 | $25,000.00 |
| 599 Lexington Avenue, 25th Floor | | | $25,000.00 |
| New York, NY 10022 | | | |
| | | | |
| Mastodon Ventures, Inc. | J & B Partners Management, LLC | 03/18/14 | $15,000.00 |
| 515 Congress Avenue Suite 1400 | J & B Partners Management, LLC | 04/11/14 | $15,000.00 |
| Austin, TX  78701 | J & B Partners Management, LLC | 04/17/14 | $15,000.00 |
| | J & B Partners Management, LLC | 04/21/14 | $15,000.00 |
| | J & B Partners Management, LLC | 04/21/14 | $15,000.00 |
| | J & B Partners Management, LLC | 05/28/14 | $15,000.00 |
| | J & B Partners Management, LLC | 05/28/14 | $15,000.00 |
| | J & B Partners Management, LLC | 07/09/14 | $60,000.00 |
| | J & B Restaurant Partners of Long Island II, LLC | 12/29/14 | $55,000.00 |
| | J & B Restaurant Partners of NJ, LLC | 11/10/14 | $20,000.00 |
| | | | $240,000.00 |
| | | | |
| Shackelford, Melton, McKinley & Norton LLP | J & B Restaurant Partners of Long Island, LLC | 01/05/15 | $98,887.00 |
| 3333 Lee Parkway, Tenth Floor | J & B Restaurant Partners of NJ, LLC | 12/31/14 | $50,000.00 |
| Dallas, TX 75219 | | | $148,887.00 |

## STATEMENT OF FINANCIAL AFFAIRS
## ATTACHMENT 14

### (14) Property Held for Another Person

| NAME AND ADDRESS OF OWNER | DESCRIPTION OF PROPERTY | VALUE OF PROPERTY |
|---|---|---|

**The below items are held at various restaurant locations operated by the Debtors as applicable.**

| NAME AND ADDRESS OF OWNER | DESCRIPTION OF PROPERTY | VALUE OF PROPERTY |
|---|---|---|
| Cablevision<br>Po Box 371378<br>Pittsburgh, PA 15250-7378 | Cable Modems | Undetermined |
| Coca-Cola<br>Po Box 102703<br>Atlanta, GA 30368 | Coca Cola Machines | Undetermined |
| Ecolab Food Safety Specialties<br>1 Edgewater Dr Suite 210<br>Norwood, MA 02062 | Dishwashers | Undetermined |
| Gold Shield Alarm<br>Po Box 970<br>Nesconset, NY 11767-0970 | Alarm Systems | Undetermined |
| JBS Souderton Rendering/Hides<br>249 Allentown Road<br>Souderton, PA 18964 | Mopac Grease Dumpsters | Undetermined |
| Jet Sanitation Service Corp.<br>228 Blydenburgh Road<br>Islandia, NY 11749 | Garbage Dumpsters | Undetermined |
| Micros Systems Inc<br>Po Box 44471<br>San Francisco, CA 94144-4471 | Micros POS Systems | Undetermined |
| Muzak-Northeast<br>Po Box 71070<br>Charlotte, NC 28272-1070 | Audio Systems | Undetermined |
| NUCO2 LLC<br>P O Box 9011<br>Stuart, FL 34995 | $CO^2$ Tanks | Undetermined |
| PDK Leisure Ltd<br>7 Highland Avenue<br>Saint James, NY 11758 | Game Machines | Undetermined |

**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 14**

**(14) Property Held for Another Person**

| NAME AND ADDRESS OF OWNER | DESCRIPTION OF PROPERTY | VALUE OF PROPERTY |
|---|---|---|
| Regional Waste Mgmt<br>169 Commack Rd Ste H-368<br>Commack, NY 11725 | Garbage Dumpsters | Undetermined |
| Tri State Carbonation<br>PO Box 333<br>Thompsonville, NY 12784 | $CO_2$ Tanks | Undetermined |
| Tyco Intergrated Security<br>Po Box 371994<br>Pittsburgh, PA 15250-7994 | Alarm Systems | Undetermined |

**J & B Restaurant Partners of Long Island II, LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 20**

**(20) Inventories**

| DATE OF INVENTORY | LOCATION | INVENTORY SUPERVISOR * | DOLLAR AMOUNT | BASIS | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|---|---|---|---|
| 12/28/14 | 361 Larkfield Road East Northport NY 11731 | Lisa Schiavone | $6,855.90 | Physical Count | Ken Chambers |
| 01/04/15 | 361 Larkfield Road East Northport NY 11731 | Lisa Schiavone | $908.65 | Physical Count | Ken Chambers |
| 12/28/14 | 522 East Main Street Patchogue NY 11772 | Bryant Glenn | $13,680.93 | Physical Count | Ken Chambers |
| 01/04/15 | 522 East Main Street Patchogue NY 11772 | Bryant Glenn | $4,696.45 | Physical Count | Ken Chambers |
| 12/28/14 | 230 Jericho Turnpike Mineola NY 11501 | Sue Eckhoff | $15,215.11 | Physical Count | Ken Chambers |
| 01/04/15 | 230 Jericho Turnpike Mineola NY 11501 | Sue Eckhoff | $8,121.18 | Physical Count | Ken Chambers |
| 12/28/14 | 298 Montauk Avenue Bayshore NY 11706 | Jackie Kaiser | $8,308.85 | Physical Count | Ken Chambers |
| 01/04/15 | 298 Montauk Avenue Bayshore NY 11706 | Jackie Kaiser | $2,696.54 | Physical Count | Ken Chambers |
| 12/28/14 | 552 Franklin Square Franklin Square NY 11010 | Daina Hamilton-Peters | $11,451.03 | Physical Count | Ken Chambers |
| 01/04/15 | 552 Franklin Square Franklin Square NY 11010 | Daina Hamilton-Peters | $6,085.29 | Physical Count | Ken Chambers |
| 12/28/14 | 201 Hallock Road Stony Brook NY 11790 | Bob McClure | $12,794.66 | Physical Count | Ken Chambers |
| 01/04/15 | 201 Hallock Road Stony Brook NY 11790 | Bob McClure | $10,710.05 | Physical Count | Ken Chambers |
| 12/28/14 | 2151 Jericho Turnpike Commack NY 11725 | Joe LaPadula | $11,248.97 | Physical Count | Ken Chambers |
| 01/04/15 | 2151 Jericho Turnpike Commack NY 11725 | Joe LaPadula | $8,178.48 | Physical Count | Ken Chambers |
| 12/28/14 | 1187 Wantagh Avenue North Wantagh NY 11793 | Paco Flores | $7,367.73 | Physical Count | Ken Chambers |
| 01/04/15 | 1187 Wantagh Avenue North Wantagh NY 11793 | Paco Flores | $3,599.10 | Physical Count | Ken Chambers |
| 12/28/14 | 949 Old Country Road Riverhead NY 11901 | Teressa Braun | $20,101.72 | Physical Count | Ken Chambers |
| 01/04/15 | 949 Old Country Road Riverhead NY 11901 | Teressa Braun | $11,775.06 | Physical Count | Ken Chambers |
| 12/28/14 | 1194 Deer Park Avenue North Babylon NY 11703 | Mary Beth Dillon | $8,887.81 | Physical Count | Ken Chambers |
| 01/04/15 | 1194 Deer Park Avenue North Babylon NY 11703 | Mary Beth Dillon | $10,767.95 | Physical Count | Ken Chambers |
| 12/28/14 | 220 Mount Pleasant Road Smithtown NY 11787 | Katie DeSimone | $6,132.04 | Physical Count | Ken Chambers |
| 01/04/15 | 220 Mount Pleasant Road Smithtown NY 11787 | Katie DeSimone | $6,267.41 | Physical Count | Ken Chambers |

* Custodian remains the same for each location.                    Page 1 of 1

**J & B Restaurant Partners of Long Island II, LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 21b**

**(21b) Current Partners, Officers, Directors, and Shareholders**

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Bill Monaco<br>4000 Veterans Memorial Hwy<br>1st Floor<br>Bohemia, NY 11716 | Manager | |
| Dawn Petite<br>4000 Veterans Memorial Hwy<br>1st Floor<br>Bohemia, NY 11716 | Chief Operating Officer | |
| James Notarnicola<br>4000 Veterans Memorial Hwy<br>1st Floor<br>Bohemia, NY 11716 | Manager | |
| J & B Restaurant Partners of Long Island Holding Co., LLC<br>4000 Veterans Memorial Hwy<br>1st Floor<br>Bohemia, NY 11716 | Member | 100% Membership Interest |
| John Antioco<br>4000 Veterans Memorial Hwy<br>1st Floor<br>Bohemia, NY 11716 | Manager | |
| Joseph P. Vitrano<br>4000 Veterans Memorial Hwy<br>1st Floor<br>Bohemia, NY 11716 | Chief Executive Officer and President | |
| Larry Zine<br>4000 Veterans Memorial Hwy<br>1st Floor<br>Bohemia, NY 11716 | Manager | |
| William Murphy<br>4000 Veterans Memorial Hwy<br>1st Floor<br>Bohemia, NY 11716 | Manager | |